1  THE DURST FIRM
2  LEE H. DURST, Esq., SBN 69704
   23 Corporate Plaza, Suite 150
3  Newport Beach, CA 92660
4  949-478-8388 – e-Fax 714-242-2096
   Email:  lee.durst@gmail.com, manulegal@hotmail.com
5

6  LARRY ROTHMAN & ASSOCIATES, A P.L.C.
   LARRY ROTHMAN, Esq. SBN 72451
7  160 Old Springs Road, Suite 170
8  Anaheim Hills, California 92808
   714-363-0220 – Fax 714-363-0229
9  **tocollect@aol.com**

10
   Attorneys for PAUL PEJMAN EDALAT, an individual, OLIVA KARPINSKI, an
11 individual, FARAH BARGHI, an individual, SENTAR PHARMACEUTICALS,
12 INC., a Nevada Corporation, BLUE TORCH VENTURES, INC., a Wyoming
   Corporation, LIWA, N. A., a Wyoming Corporation, SENTUS LAND
13 MANAGEMENT, LLC, a Wyoming Limited Liability Company

14

15
# UNITED STATES DISTRICT COURT
16

17
## FOR THE CENTRAL DISTRICT STATE OF CALIFORNIA
18

19
## SOUTHERN DIVISION

20

| | |
|---|---|
| BRUCE CAHILL, an individual, Greg Cullen, an individual, Shane Scott, an individual and Pharma Pak, Inc. a California Corporation.<br><br>Plaintiffs, | Case No.:   8:16-cv-00686-AG-DFM<br><br>OPPOSITION TO THE MOTIONS TO DISMISS THE CROSS-COMPLAINTS OF OLIVIA KARPINSKI AND PAUL EDALAT |

| | | |
|---|---|---|
| vs. | Hearing date: | 8/15/2016 |
| PAUL PEJMAN EDALAT, an individual, OLIVA KARPINSKI, an individual, FARAH BARGHI, an individual, SENTAR PHARMACEUTICALS, INC., a Nevada Corporation, BLUE TORCH VENTURES, INC., a Wyoming Corporation, LIWA, N. A., a Wyoming Corporation, SENTUS LAND MANAGEMENT, LLC, a Wyoming Limited Liability Company, | Time: | 10:00 a.m. |
| | Courtroom: | 10D |
| Defendants. | | |

1  To the Honorable Court and all parties in interest:

2  Olivia Karpinski and Paul Edalat will file First Amended Complaints in the
3  present litigation in lieu of wasting the court time in explaining their respective
4  positions. The new First Amended Complaints will be on file before the August
5  15, 2016 motions and Rule 26f Scheduling Conference.

8  DATED: July 27, 2016

10                                THE DURST FIRM

11                                    /S/    LEE H. DURST

13                                BY:_____
14                                    LEE H. DURST

16  DATED: July 27, 2016

17                                LAW OFFICES OF LARRY ROTHMAN

19                                    /S/    LARRY ROTHMAN

20
                                  BY:_____
21                                    LARRY ROTHMAN

# PROOF OF SERVICE
State of California, County of Orange

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action. My business address is 23 Corporate Plaza, Suite 150, Newport Beach, CA 92660.

On July 27, 2016, I served the foregoing document described as:
OPPOSITION TO THE MOTIONS TO DISMISS
on the parties listed below in this action by placing a true copy thereof or the originals via electronic mail through the ECF system of the United States District Court to the following

JMarkham@markhamread.com, BZerner@markhamread.com, & ERead@markhamread.com
Attorneys for Plaintiffs & Cross-Defendants

Donald J. Hamman, Esq.
DHamman@stuartkane.com
Attorney for Cross-Defendant Bank

TOCOLLECT@aol.com
Attorney for Defendants and Cross-Complainants

[X]     **BY ELECTRONIC MAIL**. I caused the above document to be electronically mailed through the ECF system of the United States District Court. Executed on July 27, 2016, at Newport Beach, California.

[X]     **FEDERAL**. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

/S/ Lee H. Durst

_____
Lee H. Durst