UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 16-686 AG (DFMx) | Date | August 15, 2016 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER DENYING MOTIONS TO DISMISS

This case started when Plaintiffs Bruce Cahill, Greg Cullen, Shane Scott, and Ronald Franco sued Defendants Paul Pejman Edalat, Olivia Karpinski, Sentar Pharmaceuticals, Inc., Blue Torch Ventures, Inc., and LIWA, N.A., Inc., alleging Defendants had defrauded Plaintiffs in violations of Federal RICO and securities laws, and in violation of California fraud laws. (Dkt. No. 1.) Plaintiffs later filed a First Amended Complaint adding Pharma Pak, Inc. as a plaintiff and Farah Barghi and Sentus Land Management, LLC as defendants. (Dkt. No. 14.)

Next, Olivia Karpinski, one of the Defendants, filed a counterclaim against all Plaintiffs. (Dkt. No. 30.) Defendant Paul Edalat then filed a claim naming all Plaintiffs and a slew of others ("Counterclaim Defendants") as defendants. (Dkt. No. 44.)

The Court now faces three Motions to Dismiss. The first is by all Plaintiffs against Olivia Karpinski's counterclaim. (Dkt. No. 52.) The second is by all Plaintiffs against Paul Edalat's claim. (Dkt. No. 53.) And the third is by Counterclaim Defendants also against Paul Edalat's claim. (Dkt. No. 55.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-686 AG (DFMx) | Date | August 15, 2016 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

### 1. ANALYSIS

Instead of filing oppositions to the Motions to Dismiss, Olivia Karpinski and Paul Edalat have both filed First Amended Counterclaims. (Dkt. Nos. 68 and 70.) Thus, all three Motions to Dismiss have become moot.

This docket is approaching chaos. Federal Rule of Civil Procedure 1 requires "the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Also, good advocacy requires counsel to create clarity from disorder. The Court asks the attorneys in this case to be aware of this rule going forward with the case.

### 2. DISPOSITION

Since the motions have become moot, the Court DENIES all three Motions to Dismiss.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |