UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-0686-AG(DFMx) | Date | August 15, 2016 |
| Title | BRUCE CAHILL, ET AL v PAUL PEJMAN EDALAT, ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Markham | Lee Durst |
| | Donald Hamman |

**Proceedings:**   1. SCHEDULING CONFERENCE
        2. MOTION TO DISMISS THE COUNTERCLAIM OF DEFENDANT OLIVIA KARPINSKI [DKT 52]
        3. PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM OF PAUL EDLALAT [DKT 53]
        4. COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS COUNTERCLAIM OF PAUL EDALAT [DKT 55]

Cause is called for hearing and counsel make their appearances.  Motions are argued.  The Court orders that the tentative ruling shall become the order of the Court.  A separate minute order denying motions as moot to issue.

Court and counsel confer.  The Court sets the following dates:

Discovery Cutoff is March 13, 2017.  A Final Pretrial Conference is set for May 22, 2017, at 8:30 a.m.  A Jury Trial is set for June 13, 2017 at 9:00 a.m.  Court sets the length of the trial at 3 days.

Counsel stipulate to and the Court orders ADR Procedure No. 3 before Judge Gray.

Scheduling Order Specifying Procedures is signed and filed this date.

|  | : | 22 |
|---|---|---|
| Initials of Preparer | lmb | |

cc: ADR