THE DURST FIRM
LEE H. DURST, Esq., SBN 69704
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
949-478-8388 – e-Fax 714-242-2096
Email:  lee.durst@gmail.com,  manulegal@hotmail.com

LARRY ROTHMAN & ASSOCIATES, A P.L.C.
LARRY ROTHMAN, Esq. SBN 72451
160 Old Springs Road, Suite 170
Anaheim Hills, California 92808
714-363-0220 – Fax 714-363-0229
**tocollect@aol.com**

Attorneys for PAUL PEJMAN EDALAT, an individual,  OLIVA KARPINSKI, an individual,  FARAH BARGHI, an individual,  SENTAR PHARMACEUTICALS, INC., a Nevada Corporation, BLUE TORCH VENTURES, INC., a Wyoming Corporation, LIWA, N. A., a Wyoming Corporation, SENTUS LAND MANAGEMENT, LLC, a Wyoming Limited Liability Company

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT STATE OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual,  Greg Cullen, an individual,  Shane Scott, an individual  and Pharma Pak, Inc. a California Corporation.<br><br>Plaintiffs, | Case No.:    8:16-cv-00686-AG-DFM<br><br>OPPOSITION TO THE MOTIONS TO DISMISS 1 & 2 BY THE CROSS-COMPLAINTS OF PAUL EDALAT |

| | |
|---|---|
| vs.<br><br>PAUL PEJMAN EDALAT, an<br><br>individual, OLIVA KARPINSKI, an<br><br>individual, FARAH BARGHI, an<br><br>individual, SENTAR<br><br>PHARMACEUTICALS, INC., a<br><br>Nevada Corporation, BLUE TORCH<br><br>VENTURES, INC., a Wyoming<br><br>Corporation, LIWA, N. A., a Wyoming<br><br>Corporation, SENTUS LAND<br><br>MANAGEMENT, LLC, a Wyoming<br><br>Limited Liability Company,<br><br>Defendants. | Hearing date:   9/19/2016<br><br>Time:   10:00 a.m.<br><br>Courtroom:   10D |

To the Honorable Court and all parties in interest:

PAUL EDALAT filed First Amended Cross-Complaint in the present litigation in lieu of wasting the court time in explaining their respective positions. The new First Amended Complaints has now been filed and the Cross-Defendants have filed two new Motions to Dismiss to this single Complaint. The first motion is that the complaint was filed late and that the complaint was filed untimely and that the court should have been requested to approve the new parties being added. On that issue, this would have been something done by the Counsel and Durst hereby accepts all responsible and hereby request that the Court approve the filing of the First Amended Counter – Claim and Cross-Complaint, including the additional new claimants. They have been added to the complaint because while doing research of the on some of the criminal actives, we found other victims of the Cahill criminal organizations actions. Additionally one of the Shareholders who was out of the country at the time of these action by Cahill and group has returned and is seeking redress for the Cahill actions where his investment has been stolen by Cahill and company. Likewise, there is nothing futile causing this court to loose jurisdiction on these issues.

As to the other issues:

1. Counter – Claimant has fully plead information about these counter-defendants' RICO actions. The complaint has documents and direct statements showing that Edalat has been injured by the actions of these Cross-Defendants. The counter-complaint runs about 85 pages without the attached exhibits. Edalat has set forth facts showing the criminal actions of these parties and in the recent initial disclosures she has listed about 100 witnesses covering all of the wrongful actions of these parties. Paragraph 59 sets forth the provisions of the law and that paragraph was incorporated by

reference into the RICO claim for relief, along with the list of illegal actions done by Cahill that are directly related to the RICO Statute. All of the requirements of this claim have been set out to the court and the Cross-Defendants.

2. All of these state claims have a basis of the federal issues set forth in the answer to the complaint and the counter-claims starting with the RICO issue.

3. As to the Fraud claim by Edalat, he has certainly set for the required elements for a Fraud Claim. Likewise, when the complaint claims that there has been sale of illegal Schedule 1 drugs over state lines and International boarders, we have Interstate Commerce. Embezzlement is a part of the RICO claim as well as an action where Edalat is a victim of the criminal actions of Cahill.

4. Breach of Contract. Edalat has plead more than sufficient facts to show the contract, the breach by Cahill, Edalat's performance and the damages to Edalat.

5. Breach of Fiduciary Duties. Cahill was an offer of the company and when he found that he had been reported to the authorities, he closed down business and moved it to San Diego County taking all the money, and company equipment and also a number of the company's clients. All of these facts have been plead by Edalat.

6. Breach of the Covenant of good faith and fair dealings. Edalat has plead the contract, the its breach by stealing the company money, its equipment, customers, firing all the employees of the company because they reported to Edalat that there was illegal materials on the site and Edalat's reporting the materials to the Irvine Police Department and then denying the existence of the contract with Edalat and the other shareholders.

7.  Edalat has alleged sufficient facts to show the breach of fiduciary duties to him and the other shareholders of the company that have been directly damaged by Cahill's actions.

8.  Edalat has alleged sufficient facts to show the fraud to him and the other shareholders of the company that have been directly damaged by Cahill's actions.

9.  MediPatch is a company that was raided by Cahill's henchmen, stole products, used equipment illegally, stole power to run the equipment and it was all part of the conspiracy to produce illegal schedule 1 products for sale across state and federal borders.  While the Court did not grant us a motion to add this party they are directly related to the RICO action and have been damaged by Cahill and company's actions.  We would respectfully request that this party be allowed to remain in this action because if need be we would have to file a new complaint, do a motion to consolidate with this case. We were trying to make matters simpler for the court.

## MEMORANDUM OF POINTS AND AUTHORITIES
## RICO

**1964. Civil remedies**

The district courts of the United States shall have jurisdiction to prevent and restrain violations of section 1962 of this chapter by issuing appropriate orders, including, but not limited to: ordering any person to divest himself of any interest, direct or indirect, in any enterprise; imposing reasonable restrictions on the future activities or investments of any person, including, but not limited to, prohibiting any person from engaging in the same type of endeavor as the enterprise engaged in, the activities of which affect interstate

or foreign commerce; or ordering dissolution or reorganization of any enterprise, making due provision for the rights of innocent persons.

(b) The Attorney General may institute proceedings under this section. Pending final determination thereof, the court may at any time enter such restraining orders or prohibitions, or take such other actions, including the acceptance of satisfactory performance bonds, as it shall deem proper.

(c) **Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee**, except that no person may rely upon any conduct that would have been actionable as fraud in the purchase or sale of securities to establish a violation of section 1962. The exception contained in the preceding sentence does not apply to an action against any person that is criminally convicted in connection with the fraud, in which case the statute of limitations shall start to run on the date on which the conviction becomes final.

(d) A final judgment or decree rendered in favor of the United States in any criminal proceeding brought by the United States under this chapter shall estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding brought by the United States.


**Title 18. CRIMES AND CRIMINAL PROCEDURE**

**Part I. CRIMES**

**Chapter 96. RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS**

**1962. Prohibited activities**

(a)    It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. A purchase of securities on the open market for purposes of investment, and without the intention of controlling or participating in the control of the issuer, or of assisting another to do so, shall not be unlawful under this subsection if the securities of the issuer held by the purchaser, the members of his immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount in the aggregate to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors of the issuer.

(b)    It shall be unlawful for any person through a pattern of racketeering activity or through collection of an

unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.

(c)   It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.

(d)   It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section.

**Cite as 18 U.S.C. 1962**

   <u>Embezzlement under California Penal Code 503 & 504</u>

*"Embezzlement is the fraudulent appropriation of property by a person to whom it has been entrusted."*
Cite as Ca. Pen. Code § 503

*"Every officer of this state, or of any county, city, city and county, or other municipal corporation or subdivision thereof, and every deputy, clerk, or servant of that officer, and <u>every officer</u>, director, trustee, clerk, servant, or agent of any association, society, or <u>corporation (public or private)</u>, who fraudulently appropriates to any use or purpose not in the due and lawful execution of that person's trust, any property in his or her possession or*

*under his or her control by virtue of that trust, or secretes it with a fraudulent intent to appropriate it to that use or purpose, is guilty of embezzlement.*

Cite as Ca. Pen. Code § 504

Edalat has covered this in detail in his complaint.

*California Corporations Code Section §2253:*

*"Any director of a stock corporation, domestic or foreign, who concurs in any vote or act of the directors of the corporation or any of them, knowingly and with dishonest or fraudulent purpose, to make any dividend or distribution of assets except in the cases and in the manner allowed by law, either with the design of defrauding creditors or shareholders or of giving a false appearance to the value of the stock and thereby defrauding subscribers or purchasers, is guilty of a misdemeanor, punishable by a fine of not more than one thousand dollars ($1,000) or imprisonment for not more than one year or both."*

*California Corporations Code §2254.*

*Every director, officer or agent of any corporation, domestic or foreign, is guilty of a felony (a) who knowingly concurs in making, publishing or posting either generally or privately to the shareholders or other persons (1) any written report, exhibit, statement of its affairs or pecuniary condition or notice containing any material statement which is false, or (2) any untrue or willfully or fraudulently exaggerated report, prospectus, account, statement of operations, values, business, profits, expenditures or prospects, or (3) any other paper or document intend to produce or give, or having a tendency to produce or give, the shares of stock in such corporation a greater value or a*

*less apparent or market value than they really possess, or (b) who refuses to make any book entry or post any notice required by the law in manner required by law.*

Penal Code § 472

*"Every person who, with intent to defraud another, forges, or counterfeits the <u>seal of this State, the seal of any public officer authorized by law</u>, the seal of any Court of record, or the seal of any corporation, or any other public seal authorized or recognized by the laws of this State, or of any other State, Government, or country, or who falsely makes, forges, or counterfeits any impression purporting to be an impression of any such seal, or who has in his possession any such counterfeited seal or impression thereof, knowing it to be counterfeited, and willfully conceals the same, is guilty of forgery."*

## <u>FORGERY UNDER CALIFORNIA PENAL CODE SECTION 470 (b) & (d) PENAL CODE §472:</u>

*"(b)  Every person who, with the intent to defraud, counterfeits or forges the seal or handwriting of another is guilty of forgery."*

*"(d) Every person who, with the intent to defraud, falsely makes, alters, forges, or counterfeits, utters, publishes, passes or attempts or offers to pass, as true and genuine, any of the following items, knowing the same to be false, altered, forged,*

*or counterfeited, is guilty of forgery: any check, bond, bank*

*bill, or note, cashier's check, traveler's check, money order,*

*post note, draft, any controller's warrant for the payment of*

*money at the treasury, county order or warrant, or request for*

*the payment of money, receipt for money or goods, bill of*

*exchange, promissory note, order, or any assignment of any*

*bond, writing obligatory, or other contract for money or other*

*property, contract, due bill for payment of money or property,*

*receipt for money or property, passage ticket, lottery ticket or*

*share purporting to be issued under the California State*

*Lottery Act of 1984, trading stamp, power of attorney,*

*certificate of ownership or other document evidencing*

*ownership of a vehicle or undocumented vessel, or <u>any</u>*

*<u>certificate of any share, right, or interest in the stock of any</u>*

*<u>corporation</u> or association, or the delivery of goods or*

*chattels of any kind, or for the delivery of any instrument of*

*writing, or acquittance, release or discharge of any debt,*

*account, suit, action, demand, or any other thing, real or*

*personal, or any transfer or assurance of money, certificate of*

*shares of stock, goods, chattels, or other property whatever, or*

*any letter of attorney, or other power to receive money, or to*

*receive or transfer certificates of shares of stock or annuities,*

*or to let, lease, dispose of, alien, or convey any goods,*

*chattels, lands, or tenements, or other estate, real or personal,*

*or falsifies the acknowledgment of any notary public, or any*

*notary public who issues an acknowledgment knowing it to be*

*false; or any matter described in subdivision (b)."*

1.  Penal Code § 472

*"Every person who, with intent to defraud another, forges, or*

*counterfeits the seal of this State, the seal of any public officer*

*authorized by law, the seal of any Court of record, or the seal of*

*any corporation, or any other public seal authorized or*

*recognized by the laws of this State, or of any other State,*

*Government, or country, or who falsely makes, forges, or*

*counterfeits any impression purporting to be an impression of*

*any such seal, or who has in his possession any such*

*counterfeited seal or impression thereof, knowing it to be*

*counterfeited, and willfully conceals the same, is guilty of*

*forgery.*

Cahill and company have violated all of these laws as part of their scheme and to defraud Edalat and the other shareholders.  The facts are set forth in the complaint.

In the event that the Court does grant Cross-Defendants' motion, Edalat hereby request that he be allowed file a new amended Cross-Claim and that the other new cross-complainants be allowed to join this case.


DATED: September 9, 2016

                                   THE DURST FIRM

                                        /S/    LEE H. DURST

                        BY:_____
                                        LEE H. DURST

DATED: September 9, 2016

                             LAW OFFICES OF LARRY ROTHMAN

                                        /S/    LARRY ROTHMAN

                        BY:_____
                                        LARRY ROTHMAN

# PROOF OF SERVICE

State of California,  County of Orange

I am employed in the county and state aforesaid.  I am over the age of 18 and not a party to the within action.  My business address is 23 Corporate Plaza, Suite 150, Newport Beach, CA 92660.

On September 9, 2016, I served the foregoing document described as:
OPPOSITION TO THE MOTIONS TO DISMISS # 1 & # 2
on the parties listed below in this action by placing a true copy thereof or the originals  via electronic  mail  through the ECF system of the United States District Court to the following
JMarkham@markhamread.com,  BZerner@markhamread.com,  & ERead@markhamread.com
Attorneys for Plaintiffs  & Cross-Defendants
TOCOLLECT@aol.com
Attorney for Defendants and Cross-Complainants

[X]            **BY ELECTRONIC MAIL**.  I caused the above document to be electronically  mailed  through the ECF system of the United  States District Court. Executed on September 9, 2016, at Newport Beach, California.

[X]            **FEDERAL**.   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of United States and the State of California  that the above is true and correct.

/S/ Lee H. Durst

_____

Lee H. Durst