John J.E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamread.com
Elizabeth L. Read (CA Bar No. 87618)
Email: eread@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604

Attorneys for Plaintiffs BRUCE CAHILL, GREG CULLEN,
SHANE SCOTT, RON FRANCO, and PHARMA PAK, INC.

**NOTE: CHANGES MADE BY THE COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual, et al., | **CASE NO: 8:16-cv-00686-AG-DFM** |
| Plaintiffs, | **Assigned to the Honorable Andrew J. Guilford** |
| -- vs. -- | |
| PAUL PEJMAN EDALAT, an individual, et al., | **ORDER GRANTING LEAVE TO FILE REPLIES TO LATE-FILED OPPOSITIONS OF DEFENDANTS PAUL EDALAT AND OLIVIA KARPINSKI** |
| Defendants. | |
| | Date:  September 19, 2016 |
| | Time:  10:00 a.m. |
| | Place:  Courtroom 10D |
| | United States Courthouse |
| | 411 West Fourth Street |
| AND RELATED CROSS-CLAIMS/COUNTERCLAIMS. | Santa Ana, CA 92701-4516 |

ORDER GRANTING LEAVE TO FILE REPLIES TO LATE-FILED OPPOSITIONS OF
DEFENDANTS PAUL EDALAT AND OLIVIA KARPINSKI
CASE NO: 8:16-cv-00686-AG-DFM

1

The Court, having reviewed the Request For Leave To File Replies To The Late-Filed Oppositions Of Defendants' Paul Edalat And Olivia Karpinski To Counterclaim Defendants' Motions To Dismiss, finds good cause shown and grants Plaintiffs/Counterclaim Defendants Bruce Cahill, Gregory Cullen, Shane Scott, Ron Franco, and Pharma Pak, Inc. and Counterclaim Defendants Brent Cahill, Leslie Harold Wood, Ludwig Jan Weimann, Mark John Erfurt, Erton Aydinol, Kira Lindsay Cahill, Karen Jane Grobba-Cahill, Life Tech Global, LLC, Kira Investments, LLC, Cahill Family Trust, and Cahill Bruce E. Trust leave to file their reply to both the "Opposition To The Motions To Dismiss 1 & 2 By The Cross-Complaints Of Paul Edalat," filed at Docket No. 81, and to the "Opposition To The Motions To Dismiss 1 & 2 By The Cross-Complaints Of Olivia Karpinski," filed at Docket No. 82.

The replies submitted with the request for leave to file by the Plaintiffs/Counterclaim Defendants shall be separately electronically filed by the defendants on the public docket.

DATED: September 13, 2016        _____
                                  Andrew J. Guilford
                                  United States District Judge

ORDER GRANTING LEAVE TO FILE REPLIES TO LATE-FILED OPPOSITIONS OF
DEFENDANTS PAUL EDALAT AND OLIVIA KARPINSKI
CASE NO: 8:16-cv-00686-AG-DFM

2