UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-0686 AG (DFM) | Date | September 14, 2016 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL v. PAUL PEJMAN EDALAT ET AL. | | |

Present: The Honorable   ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER CONTINUING HEARING**

Two of the Defendants in this case, Olivia Karpinski and Paul Edalat, filed First Amended Counterclaims ("FAC"). (Dkt. Nos. 68 & 70.) Plaintiffs then filed motions to strike both FACs and one motion to dismiss Edalat's FAC. A hearing had been set for September 19, 2016, to hear all three motions. Karpinski and Edalat filed their oppositions late, on September 9, 2016. And understandably, Plaintiffs also filed their replies late, on September 13, 2016, with the Court's leave.

On the Court's own motion, and for reasons of calendar management, the Court CONTINUES the hearing currently set for September 19, 2016, to **October 3, 2016**, at **10:00 a.m.**

                                                                                             :   0

                                                          Initials of Preparer    lmb