UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-0686-AG(DFMx) | Date | October 3, 2016 |
| Title | BRUCE CAHILL, ET AL v PAUL PEJMAN EDALAT, ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Markham | Lee Durst |

**Proceedings:**   1. MOTION TO STRIKE THE FIRST AMENDED COUNTERCLAIM OF DEFENDANT OLIVIA KARPINSKI [DKT 72]
       2. MOTION TO STRIKE THE FIRST AMENDED COUNTERCLAIM OF DEFENDANT PAUL EDALAT [DKT 73]
       3. MOTION OF PLAINTIFFS AND ELEVEN ADDITIONAL COUNTERCLAIM DEFENDANTS TO DISMISS THE FIRST AMENDED COUNTERCLAIM OF DEFENDANT PAUL EDALAT [DKT 78]

Cause is called for hearing and counsel make their appearances. Motions are argued and taken under submission.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | lmb | |