John J. E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamread.com
Elizabeth L. Read (CA Bar No. 87618)
Email: eread@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
Attorneys for Plaintiffs BRUCE CAHILL, GREG CULLEN,
SHANE SCOTT, RON FRANCO, and PHARMA PAK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual, et al., | CASE NO: 8:16-cv-00686-AG-DFM |
| Plaintiffs, | **DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' MOTION TO RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION** |
| -- vs. -- | |
| PAUL PEJMAN EDALAT, an individual, et al., | |
| Defendants. | Date: November 28, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 10D |
| AND RELATED CROSS-CLAIMS/COUNTERCLAIMS. | Honorable Andrew J. Guilford<br>United States Courthouse<br>411 West Fourth Street<br>Santa Ana, CA 92701-4516 |

i
DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' MOTION TO
RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL
DATE IN THIS ACTION

CASE NO: 8:16-cv-00686-AG-DFM

Bruce Cahill, declares under penalty of perjury as follows:

1. I am a Plaintiff in the above-captioned action. The facts stated herein are based upon my own personal knowledge or, if based upon information and belief, I believe them to be true. If called upon to do so I could and would testify competently to the statements set forth below.

2. Attached as Exhibit A is a text message sent to me and others by Paul Edalat.

3. Attached as Exhibit B is an email sent by Paul Edalat to the Plaintiffs in this case.

4. Attached as Exhibit C is a text message sent to me and others by Paul Edalat.

5. Attached as Exhibit D is an email sent by Paul Edalat to the Plaintiffs in this case.

6. Attached as Exhibit E is an email written by Paul Edalat to our trial counsel of record in this case, John Markham.

7. Attached as Exhibit F is an Instagram post by Olivia Karpinski on September 9, 2016. This went up on the internet and falsely states that I sexually assaulted her, when I did not, and makes other false allegations.

ii
DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' MOTION TO RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION

CASE NO: 8:16-cv-00686-AG-DFM

8. Attached as Exhibit G is an excerpt of a deposition taken of Olivia Karpinski on October 14, 2016 during which she admits that despite having claimed that I "sexually assaulted" her, that I did not do so.

9. Attached as Exhibit H is another internet post where Ms. Karpinski repeats her false allegation that I sexually assaulted her when I did not do so.

10. Attached as Exhibit I is another internet post by Olivia Karpinski in which she identifies me by name, identifies that I am a trustee of the University of California at Irvine, and falsely states that I "knowingly and willfully subjected [her] to sexually charged interactions" and states that questions about her post can be sent to "The Durst firm," just as Mr. Edalat makes the same references in his posts quoted in other exhibits to this Declaration.

11. Attached as Exhibit J is a Twitter post by Paul Edalat referring to me as the "westcoastberniemadoff" and posting a photo of me next to one of Madoff.

12. Attached as Exhibit K is a Twitter post by Paul Edalat making references to the mafia, and warning some of the Plaintiffs and their counsel that his respect "is not to be fucked with," along with other matters.

13. Attached as Exhibit L is a Twitter post by Paul Edalat which depicts several bank checks written on the account of Plaintiff Pharma Pak with the Pharma Pak

iii
DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' MOTION TO RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION

CASE NO: 8:16-cv-00686-AG-DFM

account number fully visible. On the Exhibit shown to this Court, the account number has been redacted although as posted by Mr. Edalat, it remains in plain view. This tweet also refers to "westcoastberniemadoff."

14. Attached as Exhibit M is a Twitter post by Paul Edalat accusing me of "trying to slut shame" Olivia Karpinski.

15. Attached as Exhibit N is a Twitter post of a photograph posted on the internet by Paul Edalat depicting me in a car counting some cash, and again, making reference to "westcoastberniemadoff" and Bruce Cahill.

16. Attached as Exhibit O is a Facebook post by Paul Edalat of the article posted by Olivia Karpinski in which she falsely accuses me of sexual assault and other crimes and in which Mr. Edalat states publically to Ms. Karpinski in this internet post "Way to stand up for your rights Olivia! Bruce Cahill and his fraud of a gang will face justice soon!"

17. Attached as Exhibit P is another Facebook post by Paul Edalat in which he publically states the names of all the individual Plaintiffs, calls Plaintiff Shane Scott a "self proclaimed "fake church priest and healer" (tax evader) & lastly Ron Franco. . ." This again refers to "westcoastberniemadoff."

iv
DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' MOTION TO RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION

CASE NO: 8:16-cv-00686-AG-DFM

18. Attached as Exhibit Q is another Twitter post by Paul Edalat identifying our counsel in this case by name, making references to Whitey Bulger, stating that "no honest lawyer in CA" would take the Plaintiffs' case and states that "Boston lawyer John Markham defends tax cheats and fraudsters. Wonder what Shane Scott and Bruce Cahill have to hide."

19. Attached as Exhibit R is a portion of the credit report of Attorney John Markham posted on Twitter by Paul Edalat and which contains Markham's social security number. On the annexed Exhibit, the social security number is redacted, but it was not on the internet post made by Mr. Edalat. This post continues by telling Markham "looking forward to discussing your 55 page checkered background."

20. I never sexually assaulted Olivia Karpinski, nor anyone else. I never engaged in sexual harassment. While it is true, as one of the posts states, that I have had two other cases involving former employees, I prevailed in both of these. One employee was a woman who stole from a company I was operating and she filed sexual harassment claims against me only after I had filed charges against her. She went to jail and the sexual harassment charges were dismissed. A

v
DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' MOTION TO RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION

CASE NO: 8:16-cv-00686-AG-DFM

judgment against her was also obtained. The other case concerned another employee who we sued and against whom a judgment was obtained.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of October, 2016, in Irvine, California.


                     *Bruce Cahill*
                     Bruce Cahill

vi
DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' MOTION TO RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION

CASE NO: 8:16-cv-00686-AG-DFM

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of October, 2016, in Irvine, California.

_____
Bruce Cahill

# CERTIFICATE OF SERVICE

Commonwealth of Massachusetts        ) ss,
County of Suffolk.                   )

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action.  My business address is One Commercial Wharf West, Boston MA 02110

On October 19, 2016, I served the foregoing document described as:

**DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO RESTRAIN  UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION**

[X] **BY ELECTRONIC MAIL via the ECF filing system on**:

Larry Rothman, Esq.
Larry Rothman and Associates
City Plaza
One City Boulevard West Suite 850
Orange, CA 92868
714-363-0220
Fax: 714-363-0229
Email: tocollect@aol.com

Lee H Durst, Esq.
The Durst Firm
220 Newport Center Drive, Suite 11285
Newport Beach, CA 92660
949-400-5068
Fax: 714-242-2096
Email: lee.durst@gmail.com

*Attorneys for Defendants Paul Pejman Edalat, Olivia Karpinski, Farah Barghi, Sentar Pharmaceuticals, Inc., Blue Torch Ventures, Inc., LIWA, N.A., Inc., and*

1
**DECLARATION OF BRUCE CAHILL IN SUPPORT OF PLAINTIFFS' MOTION TO RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION
CASE NO: 8:16-cv-00686-AG-DFM**

*Sentus Land Management, LLC*

Executed on October 19, 2016, in Boston, Massachusetts.

I declare under penalty of perjury under the laws of United States and the State of California that the foregoing is true and correct.

                                           */s/ John J. E. Markham, II*
                                           John J. E. Markham, II