A

Keep pressing my buttons
U have no idea who u r fucking with!

Trust me

As u asked me to bring the prince s representatives to see your cdm property do U really expect for me to see you honest?