

Just where did the PP money go?
This is just the start
Got some on u too old pal
It's on.

Exhibit C
Page 1