## Nice to meet you .... Finally

Paul Edalat [paul@defymag.com]
Sent: Saturday, October 08, 2016 2:52 PM
To:   John Markham

Markfk,

You filed a lawsuit against me... No problem. I will deal with you on that as you are not my first rodeo in the court room. Specially in front of highly respected judge in federal court as we have !
One of the best that sees the truth in this case we presented and the lies u have told.

You filed a lawsuit against my  little sister  (family) and hard working employees.  Big problem !   Those are innocent young people trying to do the right thing by working hard to support themselves and their families. You and your clients took that away from them.   And tarnished their names with your lies for the rest of their lives.  You abused the system.  You abused your license and they will all have a case against you at the end when they all prevail.

Your east coast mob bullying bs attitude doesn't go well in Cali.  We have laws unlike what you are used to the Baseball bats and episodes of Bronx tale and godfather.

So I have hired a team of experts to look you and your past and present clients that went to jail along with the self proclaimed "motivator " well actually assaulter of women Shane scott up and boy what we found.  Tax evasion! Tax liens and a lot more....will send u the file. But not direct. Published online for the entire world to see. ☺.

You see you have never met a guy like me.  It's obvious you let your client Cahill lie to you to get you in the mess that now you will be losing sleep for you are way over your head.  Cahill is already feeling the heat. And more to come with media.  But I didn't want for you to be left out. It's just not fair ! Not fair to give him all of the credit.

Difference between your clients and I .... I don't lie or cheat or steal or bs to take from others.  You and yours do.  I have mountains of evidence yet you an ant hill
And for the fact that you and your clients stole my company and moved it I am filing criminal charges this week.  Wait and see.

I am holding you personally accountable for what has happened.  No attorney in their right mind would of have filed what you did
But looking at your past reputation in Boston and most likely your desperate financial situation you did
Hopefully not on contingency?

Anyways next two weeks I am going to expose your past as you tried to fabricate mine.
But mine with evidence and not like yours with nothing credible.

So enjoy this weekend
We will start this coming week

See u at my depo
Looking forward to meeting you in person!

Paul

**Exhibit E**
**Page 1**

Sent from my mobile device

**Exhibit E**
**Page 2**