Search


**oliviakarpinski**
Irvine, California

Follow

```
Case 8:16-cv-00686-AG-DFM   Document 30   Filed 06/18/16   Page 1 of 39   Page ID #:356
```

1  THE DURST FIRM
2  Lee H. Durst, Esq. [SBN 69704]
   23 Corporate Plaza, Suite 150
3  Newport Beach, California 92660
4  TELEPHONE: 949-478-8388
5  e-FAX: 714-242-2096
   lee.durst@gmail.com, Skype lee.durst1
6
7  LARRY ROTHMAN & ASSOCIATES, A P.L.C.
8  LARRY ROTHMAN, Esq. SBN 72451
9  City Plaza 1 City Blvd W #850
10 Orange, CA 92868
11 714-363-0220 – Fax 714-363-0229
12 **tocollect@aol.com**
13
14 Attorneys for Cross-Complainants, ==OLIVIA KARPINSKI==
15
16
17              U.S. DISTRICT COURT
18        CENTRAL DISTRICT OF CALIFORNIA
19              SOUTHERN DIVISION
20

21 | BRUCE CAHILL, an individual, Greg        | Case No.: 16-cv-00686 AG
22 | Cullen, an individual, Shane Scott, an   |
23 | individual, Ron Franco, an individual    | COUNTER – CLAIM AND CROSS-
24 | and Pharma Pak, Inc. a California        | COMPLAINT FOR SEXUAL
25 | Corporation                              | HARRASSMENT, WRONGFUL
                                              | TERMINATION, ASSAULT, AND
26         Plaintiffs,                        | DAMAGES
27         VS.                                | DEMAND FOR JURY TRIAL

Case 8:16-cv-00686-AG-DFM Document 95-6 Filed 10/19/16 Page 2 of 3 Page ID #:2176
DEMAND FOR JURY TRIAL

nbc

**89 likes** 3w

**oliviakarpinski** In the words of @therealgretchencarlson "all women deserve a dignified and respectful workplace," and I would like to thank Ms. Carlson for coming forward with her story and empowering me and so many other women to do the same. As some of you know, I worked as an executive for a pharma company, Pharma Pak, and fully dedicated myself to the company, even moving away from my home in LA to Orange County and turning down another job offer in LA to take the job. Laguna Beach native, Trustee at UCI, and CEO of the Company, Bruce Cahill, induced me to take the job under false pretenses and promises. Not knowing that he had a history of sexual harrassment claims against him, I took the job and soon after I started, he made inappropriate advances towards me and would make constant derogatory statements about women and young girls. I found myself in a predicament where I was in a constantly stressful and hostile environment and was sexually assaulted after being given a promotion. Shortly after being given a promotion, I was wrongfully terminated after not participating in and reporting illegal activities occurring at the Company. To thwart me from obtaining legal counsel, he maliciously sued me in an attempt to defame my name and reputation. I couldn't believe I got sued for working hard and honoring the morals I was brought up with. At first, I felt the courage leaving my heart, but knowing I did nothing wrong, I've let the courage lead my heart.
I thank Gretchen Carlson for shedding light on this very serious issue and I #StandWithGretchen and all women as we fight for the right to a fair, dignified and respectful workplace. I haven't told many people this has been going on up until now and it is not easy to share but while this has been very difficult for me, I hope this helps anyone in a hostile or bad work situation to know your value, your rights, and to be courageous and take control of the situation. I ask for your support as I continue to fight this case and bring attention to this important issue. ☐☐☐
#standup #girlpower #leanin #joinme #harassment #hasnoplace #equality #support #confidence #idontshineifyoudontshine #gendergap #shinetheory

**hendetail** You will prevail

**nii.annie** I'm proud of you, Olivia!!!

**instantinspo** You go girl! I'm so sad to hear what you endured and it definitely happens to women in the workplace too often. I really admire you for using your voice to stand for women. It can be such an ugly world but you have to keep making your light shine brighter ☐☐

**freda_katunda** You go girl!!!

**mandylou1128** I had the the same thing happen to me a couple of years ago....the false pretenses, sexual harassment, and wrongful termination for standing up for what I believed in. It brought me to a really low place for a while. I'm so proud of you for having the courage to stand up, and fight back! Love ya, Liv! ☐

**maneli_mk** Olivia ur brave and smart! Good job!! Alot of women just tolerate sexual harassments because they dont have resources to get help! Shine bright like a diamond ☐☐☐

**oliviakarpinski** @hero21316 thank you so much. It is ongoing but I have an amazing legal team and so much support!

**oliviakarpinski** @callmeheyzues it's a public document as is the one they filed against me. I encourage you to read them!

**hero21316** @oliviakarpinski yeah that's great! You got this . Situations like these piss me off.

**oliviakarpinski** @tediously_brief thank you so much pretty girl! I agree 100% - I hope we can work toward a place where everyone is treated equally and that harassment of any kind at school or at work or on social media or anywhere against men or women doesn't occur. Thank you for your support. ☐

**oliviakarpinski** @hendetail thank you so much, as always. I know in my heart that I did nothing wrong and hope that by fighting back, I can bring attention to this issue. ☐☐☐☐

**oliviakarpinski** @nii.annie thank you so much Annie! It's been a while but I hope everything is going well for you and I hope our paths cross again sometime. Until then, I'll be keeping up with you on here!

**michaelgonline** ☐☐☐☐

**aroundtheway12** Hmm ☐

Exhibit F
Page 2

murphikennedy DO NOT MESS WITH YOU

oliviakarpinski @instantinspo thank you so very much ☐☐☐

oliviakarpinski @freda_katunda thank you so much pretty girl! Miss you so much and hope to see you on one coast or the other soon! Xi ❤☐

oliviakarpinski @mandylou1128 I'm so so so incredibly sad this happened to you too. Please do not hesitate to reach out anytime if you need to talk and I hope you're in a better place now. It's not easy to explain the situation to other people or express your feelings when you feel so isolated and alone. I miss you so much and hope we can catch up like the good old days. Stay strong and positive! ☐☐☐☐

oliviakarpinski @maneli_mk thank you so very much for your support and encouragement! I hope we can meet in LA sometime! ☐☐☐

mandylou1128 @oliviakarpinski thank you for the encouragement. It took a while for me to wrap my head around it, but I'm in a much better place now. I miss you too!! I'm an hour from Boston now, so let me know next time you're here! Sending lots of love and good vibes your way ☐ ☺

Add a comment...

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE
© 2016 INSTAGRAM

Exhibit F
Page 3