

# UCI Trustee Allegedly Wrongfully Terminates Former Employees

*Former employees allege that University of California Irvine Trustee Bruce Cahill fired them in retaliation, they have filed suit in the United States District Court and are represented by The Durst Firm of Newport Beach.*

Irvine, CA ([PRWEB](#)) October 07, 2016 -- Former employees of Bruce Edward Cahill, a Trustee of University of California at Irvine, have sued the Laguna Beach native for alleged sexual harassment and wrongful termination. The Complaint alleges that this is not the first allegation of sexual misconduct against Cahill (Orange County Superior Court Case 02CC17434), nor is it the first time former Cahill employees have faced off against the businessman (Orange County Superior Court Case 02CC17434, San Diego County Superior Court 37-2014-00019922-CU-PT-CTL, and Orange County Superior Court Case 30-2012-00610130-CU-BT-CJC).

According to the Employees' lawsuit, filed in the United States Federal Court in the Central District of California, Pharma Pak CEO and President Cahill, along with fellow partners Shane Ryan Scott, Ronald Ventura Franco, and Gregory David Cullen, allegedly conspired to wrongfully terminate certain employees to cover CEO Cahill's actions. The employees had cooperated with an Irvine Police Department investigation into CEO Cahill's alleged illegal Schedule 1 Drug manufacturing operations, as the employees detail in their complaint filed in Federal Court (case number 8:16-cv-00686-AG-DFM). Former Vice President of Sales Olivia Karpinski also alleges sexual harassment and sexual assault by Cahill.

It is alleged in the Complaint that in February of 2016, the Irvine Police Department was notified of the illegal THC (tetrahydrocannabinol) in the Pharma Pak, Inc. manufacturing facility. A subsequent investigation was opened, headed by Detective Grange, under case number 16-3257. The THC, allegedly belonging to Dr. Ludwig Jan Weimann, Cahill's Chief Science Officer, was confiscated and a police investigation opened. When Cahill learned of this, the complaint alleges, he fired only those employees involved in the investigation. Documents entered into as Exhibits in the Federal Court (case 8:16-cv-00686-AG-DFM) by the employees show that Weimann and others not involved in the investigation are still employed by Cahill.

Karpinski and the employees allege in the complaint that their termination was a result of cooperation with the Irvine Police Department.

The employees further allege attempts by Cahill and his private investigator Cameron Jackson to intimidate employees. In their complaint the employees state that both men attempted to prevent further investigation by the Irvine Police Department into Cahill's activities by allegedly threatening employees as they left the facility on the day of their termination.

Karpinski and the other defendants have filed over 600 pages of exhibits with the Court as part of their response and subsequent cross-complaint in this lawsuit. All documents are available via the Court's public website at PACER.gov.

The former employees have filed their case in the United States Federal Court, Central District of California, Case Number 8:16-cv-00686-AG-DFM.



The Irvine Police Department ongoing investigation into the Schedule 1 Drugs found at Cahill's Irvine manufacturing facility is Case Number 16-3257, headed by Detective Scott Grange.

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears* here *- PRWeb ebooks - Another* online visibility tool from PRWeb

**Exhibit H
Page 2**



**Contact Information**
**Chloe Smith**
Media Department
http://cahillvedalat.com
+1 (323) 471-4014

**Online Web 2.0 Version**
You can read the online version of this press release here.

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears* here *- PRWeb ebooks - Another* online visibility tool from PRWeb

**Exhibit H**
**Page 3**