



**Paul Edalat**
@pauledalat

Follow

#westcoastberniemadoff There is a slight resemblance in faces and a huge resemblance in actions!

9:32 AM - 17 Oct 2016