You hear me now you f*ktards? 😂
#westcoastberniemadoff #johnmarkham #shanescottutah #brucecahill #ronaldfranco
Looking forward to my depo end of month. Bring your popcorn! And your depends 💩



Exhibit K
Page 1