Looking forward to my depo end of month. Bring your popcorn! And your depends 💩

Home  Moments                              Search Twitter                  Have an account? Log in

**Paul Edalat**
@pauledalat

TWEETS 1,087   FOLLOWING 85   FOLLOWERS 130   LIKES 38                     Follow

Paul Edalat @pauledalat · Oct 14

Why did u hire a criminal defense firm and private investigator with ur investors money after firing employees?
#westcoastberniemadoff

p. investigator — Cameron Jackson
corrign welbourn stoke

#1269  #1268  #1266
$5,500  $12,00  $124.





