

**Paul Edalat**
@pauledalat

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|---|---|---|---|
| **1,087** | 85 | 130 | 38 |

👤+ Follow

---

 **Paul Edalat** @pauledalat · Oct 13
(By the way, #johnmarkham stop telling reporters Olivia's claim was dismissed. The docket is public record.)



 **Paul Edalat** @pauledalat · Oct 13
Since we know Bruce & Crew are stalking my and Olivia's social media daily: just want to say 🖐️ and 👀. Can't wait for the depositions!



 **Paul Edalat** @pauledalat · Oct 13
#sexualharassment isn't a joke. Olivia is a strong woman. #brucecahill is trying to #slutshame and turn his victim into a guilty party. Why?



 **Paul Edalat** @pauledalat · Oct 13
...always protect those around me. Innocent ppl were fired, innocent ppl were sued. It's my JOB to protect my employees like family!



 **Paul Edalat** @pauledalat · Oct 13
...thinks he can. It won't work this time. I'm not afraid of #JohnMarkham's threats or #BruceCahill. He attacked my family and I will...



 **Paul Edalat** @pauledalat · Oct 13
... position and let's other people take the fall for him. When it doesn't go his way he turns around and slings as much "mud" as he...



 **Paul Edalat** @pauledalat · Oct 13
... I am so public about this case. THERE IS NOTHING TO HIDE. #brucecahill hides behind his #LagunaBeach home and @UCIrvine Trustee...



🐦 Home   ⚡ Moments            🔍 Search Twitter            Have an account? Log in▾