10/19/2016 Paul Edalat on Twitter: When ur own employee doesn't trust u he takes pics... #westcoastberniemadoff #brucecahill @UCIrvine @NewUniversity this is…

Case 8:16-cv-00686-AG-DFM Document 95-14 Filed 10/19/16 Page 1 of 1 Page ID #:2192







**Paul Edalat** @pauledalat · Oct 10
When ur own employee doesn't trust u he takes pics.
#westcoastberniemadoff #brucecahill @UCIrvine @NewUniversity
this is ur trustee!

1   1

**Exhibit N
Page 1**