**Paul Edalat**
31 mins · Twitter

You stole my comp while I was traveling. You fired my employees for turning all of you in for Manuf class1drugs. You will all face justice.

**Paul Edalat**
41 mins · Twitter

https://t.co/CEwsrvueJv way to stand up for your rights olivia! 👊 Bruce Cahill and his fraud of a gang will face justice soon!

**Laguna Beach Businessman Sued for Alleged Sexual Harassment by Former Employee**
Irvine, CA (PRWEB) October 07, 2016 -- Employee sues former CEO for alleged sexual harassment and wrongful termination claims, states litigant's...
prweb.com/releases/2016/...

**Friends**
- Pejman Golkar — Beverly Hills, California — 1 Mutual Friend
- Dooa Mansour — Hair Stylist at Primarily Color... — 19 Mutual Friends
- Gazelle Shirinzad — California Polytechnic State U... — 1 Mutual Friend
- Homayoun Tom Khorram — 1 Mutual Friend

**Recent Check-ins**
- Casa Dorada... — Cabo San Lucas, Mexico — Visited on February 6, 2015
- Bistango — Irvine, California — Visited on September 21, 2012

Exhibit O
Page 1