




**Paul Edalat**
30 mins · Twitter

Bruce Cahill Greg Cullen Shane Scott of Utah and self proclaimed fake "church priest and healer" (tax evader) & lastly Ron Franco: it's on!

**Paul Edalat**
30 mins · Twitter

You stole my comp while I was traveling. You fired my employees for turning all of you in for Manuf class1drugs. You will all face justice.

**Paul Edalat**
40 mins · Twitter

https://t.co/CEwsrvueJv way to stand up for your rights olivia! 👊 Bruce Cahill and his fraud of a gang will face justice soon!

**Laguna Beach Businessman Sued for Alleged Sexual Harassment by Former Employee**
Irvine, CA (PRWEB) October 07, 2016 -- Employee sues former CEO for alleged sexual harassment and wrongful termination claims, states litigant's...

**Friends**
- Pejman Golkar — Beverly Hills, California — 1 Mutual Friend
- Dooa Mansour — Hair Stylist at Primarily Color... — 19 Mutual Friends
- Gazelle Shirinzad — California Polytechnic State U... — 1 Mutual Friend
- Homayoun Tom Khorram — 1 Mutual Friend

**Recent Check-ins**
- Casa Dorada... — Cabo San Lucas, Mexico — Visited on February 6, 2015
- Bistango — Irvine, California — Visited on September 21, 2012

**Exhibit P Page 1**

**Paul Edalat**
6 hrs · Twitter

Boston lawyer John Markham defends tax cheats and fraudsters. Wonder what Shane R. Scott and Bruce Cahill have to hide? 🕵️😂 https://t.co/DDdljqhCvc

Paul Edalat (@pauledalat) posted a photo on Twitter
Get the whole picture - and other photos from Paul Edalat
pic.twitter.com/DDdljqhCvc

Like  Comment  Share

**Paul Edalat**
Yesterday at 23:19 · Twitter

https://t.co/dfNi3a020Q last time you did this to your ex partner in SD you got away. Not this time #berniemadoffofthewestcoast

**Edalat v Cahill :: Home**
For $1,000 you can ruin a life. Dispute with your neighbor? Sue them. Don't like the guy sitting across from you at the office? Sue him.
edalatvcahill.com

**Friends**

Pejman Golkar
Beverly Hills, California
1 Mutual Friend

Dooa Mansour
Hair Stylist at Primarily Color...
19 Mutual Friends

Gazelle Shirinzad
California Polytechnic State U...
1 Mutual Friend

Homayoun Tom Khorram
1 Mutual Friend

See More

**Recent Check-ins**

Casa Dorada...
Cabo San Lucas, Mexico
Visited on February 6, 2015

Bistango
Irvine, California
Visited on September 21, 2012

See More

Exhibit P
Page 2