

Home    Moments

Search Twitter

Have an account? Log in

yourdailydish.com

Promoted

1        2        •••

**Paul Edalat** @pauledalat · 23h

kind of people Cahill employs in sensitive positions.FBI indicted criminals that delete evidence to cover tracks.#berniemadoffofthewestcoast

August 31, 2004

Department of Justice
Northern District of California
United States Attorney
11th Floor, Federal Building,
450 Golden Gate Avenue, Box 36055
Francisco, California 94102
Tel: (415) 436-7200
Fax: (415) 436-7234

**California Man Admits Hacking Into Computers of High-Technology Company**

The United States Attorney's Office for the Northern District of California announced that Mark Erfurt, 39, of Orange, California, pled guilty today in federal court in San Jose to gaining unauthorized access and recklessly damaging the computer system of Manufacturing Electronic Sales Corporation ("MESC"), a Santa Clara-based manufacturing business, and to obstructing justice when he later tried to destroy evidence of his computer crimes.

Mr. Erfurt pled guilty to each count of an Superseding Information charging him with Unauthorized Access into a Computer Recklessly Causing Damage, in violation of 18 U.S.C. ☐☐ 1030(a)(5)(A)(ii), 1030(a)(5)(B)(i), and Destruction, Alteration and Falsification of Records in Federal Investigation, in violation of 18 U.S.C. ☐ 1519. Section 1519 was enacted as part of the reforms included in the Sarbanes-Oxley Act of 2002 and prohibits the destruction of or tampering with any document with the intent to impede any U.S. Government investigation. The maximum statutory penalty is five years imprisonment for the computer hacking count, and twenty years imprisonment for the obstruction of justice count. Each count also carries a maximum fine of $250,000 or twice the gross loss, a three year term of supervised release, a mandatory special assessment of $100, and restitution. However, the actual sentence will be dictated by the Federal Sentencing Guidelines, which take into account a number of factors, and will be imposed in the discretion of the Court. Mr. Erfurt is scheduled to be sentenced on January 24, 2005 at 1:30 p.m. before United States District Judge James Ware in San Jose.

According to the Plea Agreement, Mr. Erfurt admitted that, on January 23 and 24, 2003, he hacked into the computer system of MESC by using a computer from his workplace at a separate company in Irvine, California. Mr. Erfurt had previously served as the Information Technology Manager and then as Network Manager for MESC. After gaining unauthorized access to MESC's computer system, Mr. Erfurt admitted that he downloaded a proprietary database, read the e-mail account of the company president, and deleted data from the servers. Mr. Erfurt also admitted to obstructing justice in the FBI's ensuing investigation of these events by deleting data from his new employer's

1        1        •••

**Paul Edalat** @pauledalat · Oct 9

when no "honest" lawyer in CA will take your"frivolous"and "malicious"case against honest hardworking people go2 Boston hire this Schmuck:

**Exhibit Q
Page 1**

🐦 **Home**   ⚡ **Moments**   Search Twitter 🔍   Have an account? Log in ▾

One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604

<u>www.markhamread.com</u>

October 6, 2016

↩    🔁 1        2        •••

**Paul Edalat** @pauledalat · Oct 8

#berniemadoffofthewestcoast
#brucecahilllaguna  @UCIrvine @cnnbrk
@foxnation @NBCNews @CBS
@ocregister @latimes FED CASE: 16-cv-00686 👍🏻



↩    🔁 1        •••

**Paul Edalat** @pauledalat · Oct 8
Boston lawyer John Markham defends tax cheats and fraudsters.
Wonder what Shane R. Scott and Bruce Cahill



**Exhibit Q**
**Page 2**



**Paul Edalat**
@pauledalat

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|--------|-----------|-----------|-------|
| 1,087  | 85        | 130       | 38    |

Follow

---

BOULDER POLICE DEPARTMENT                          16-5090

UNLAWFUL POSSESSION

AYDINOL,ERTAN                    U   M  03/03/1982

**Person Summary**

AYDINOL,ERTAN              537314     U   M   03/03/1982
OFC FITZGERALD
FD W FERGUSON

**Vehicle Summary**

B   350GFS   KS   2016   2002   SUBA   OUT   LL

**Summary Narrative**

This report will document the arrest of Ertan Aydinol (DOB: 03-03-82) on 04-23-16 at approximately 0011 hours near the intersection of 20th/Walnut, City/County of Boulder, Colorado. Aydinol was contacted for weaving while traveling eastbound on Walnut, expired registration, and failure to obey traffic control device and subsequently found to be operating his vehicle under the influence of drugs/alcohol. During search incident to arrest, several pills (two different types) of Amphetamine and dextroamphetamine (Schedule II Controlled Substance) were found in his front right pocket. Aydinol was booked and jailed on charges of DUI, DUI Per Se, Displayed Expired Number Plates, Lane Usage Violation, Failure to Obey Traffic Control Device, Drove Motor Vehicle While Cancelled/Denied, and Unlawful Possession of a Controlled Substance (DF4).

Case Status: Cleared By Arrest

---

**Paul Edalat** @pauledalat · Oct 12
John Markham #bostonbully this is not #blackmass and U ain't #whiteybulger Keep that sh*t home. edalatvcahill.com/download_file/… #1stamendmentright

1

---

**Paul Edalat** @pauledalat · Oct 12
You don't represent@realDonaldTrump Markhum you fool. Stop #bullying the media! Nice try. get ready for our face to face depo end of month.😂

---

**Paul Edalat** @pauledalat · Oct 12
#JohnJMarkham says no #freepress. He leaves threatening vmails for #media. #westcoastberniemadoff #freespeech
bit.ly/2e6iyPK

1

---

**Paul Edalat** @pauledalat · Oct 12



🐦 Home    ⚡ Moments            Search Twitter 🔍    Have an account? Log in ▾