



**Paul Edalat** @pauledalat · Oct 6
$15k investment to start protecting my family. Tnx Floyd for the intro





**Paul Edalat** @pauledalat  [+ Follow]

John E. Markham ESQ of Boston c u @ depo!Looking forward to discussing your 55 pg checkered background chk wt you 😃😃



**Exhibit R Page 1**

