John J. E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamread.com
Elizabeth L. Read (CA Bar No. 87618)
Email: eread@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604

Attorneys for Plaintiffs BRUCE CAHILL, GREG CULLEN,
SHANE SCOTT, RON FRANCO, and PHARMA PAK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual, et al.,<br><br>Plaintiffs,<br><br>-- vs. --<br><br>PAUL PEJMAN EDALAT, an individual, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS/COUNTERCLAIMS. | CASE NO: 8:16-cv-00686-AG-DFM<br><br>**PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT PAUL EDALAT'S SECOND AMENDED COUNTER-CLAIM (DOCKET NO. 92)**<br><br>Date: November 28, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 10D<br>Honorable Andrew J. Guilford<br>United States Courthouse<br>411 West Fourth Street<br>Santa Ana, CA 92701-4516 |

i
PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT PAUL EDALAT'S SECOND AMENDED COUNTERCLAIM (DOCKET NO. 92)
**CASE NO: 8:16-cv-00686-AG-DFM**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on November 28, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 10D of the United States District Court, located at 411 West Fourth Street, Santa Ana, California 92701-4516, Plaintiffs/Counterclaim Defendants Bruce Cahill, Gregory Cullen, Shane Scott, Ron Franco, and Pharma Pak, Inc. joined by Counterclaim Defendants Brent Cahill, Leslie Harold Wood, Ludwig Weimann, Mark John Erfurt, Erton Ayerdol, Kira Lindsay Cahill, Karen Jane Grobba-Cahill, Life Tech Global LLC, Kira Investments LLC, Cahill Family Trust, and Cahill Bruce E Trust, will and hereby do move this Court to dismiss Defendant Paul Edalat's "Second Amended Counter-Claim and Cross-Complaint for Damages" (at Docket No. 92).

This motion is based on Rule 12(b)(6) of the Federal Rules of Civil Procedure, on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the record in this case, and such further evidence and argument as may be presented at any hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place during conferences on October 17 and on October 24, 2016 during which opposing counsel discussed this matter and could not resolve it.

Dated: October 24, 2016                    Respectfully submitted,

|     |                                      |
| --- | ------------------------------------ |
| 1   | MARKHAM & READ                       |
| 2   |                                      |
| 3   | By: */s/ John J. E. Markham, II*     |
|     |     John J. E. Markham, II           |
| 4   |     *Attorney for Plaintiffs and*    |
| 5   |     *Counterclaim Defendants*        |

# CERTIFICATE OF SERVICE

Commonwealth of Massachusetts ) ss,
County of Suffolk. )

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action.  My business address is One Commercial Wharf West, Boston MA 02110

On October 24, 2016, I served the foregoing document described as:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT PAUL EDALAT'S SECOND AMENDED COUNTERCLAIM (DOCKET NO. 92)**

[X] **BY ELECTRONIC MAIL via the ECF filing system on**:

Larry Rothman, Esq.
Larry Rothman and Associates
City Plaza
One City Boulevard West Suite 850
Orange, CA 92868
714-363-0220
Fax: 714-363-0229
Email: tocollect@aol.com

Lee H Durst, Esq.
The Durst Firm
220 Newport Center Drive, Suite 11285
Newport Beach, CA 92660
949-400-5068
Fax: 714-242-2096
Email: lee.durst@gmail.com

*Attorneys for Defendants Paul Pejman Edalat, Olivia Karpinski, Farah Barghi, Sentar Pharmaceuticals, Inc., Blue Torch Ventures, Inc., LIWA, N.A., Inc., and*

*Sentus Land Management, LLC*

Executed on October 24, 2016, in Boston, Massachusetts.

I declare under penalty of perjury under the laws of United States and the State of California that the foregoing is true and correct.

                                         */s/ John J. E. Markham, II*
                                          John J. E. Markham, II