Name and address:
Kristopher P. Diulio (Bar No. 229399)
Brendan M. Ford (Bar No. 224333)
Ford & Diulio PC
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Tel: 714-384-5540  Fax: 844-437-7201
kdiulio@FordDiulio.com
bford@FordDiulio.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CAHILL; GREG CULLEN; SHANE SCOTT; RON FRANCO; and PHARMA PAK, INC.<br><br>PLAINTIFF(S)<br>v.<br>PAUL PEJMAN EDALAT; OLIVIA KARPINSKI; FARAH BARGHI; SENTAR PHARMS., et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br>8:16-cv-00686-AG-DFM<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Lee H. Durst                                                                  CA Bar Number: 69704

Firm or agency: The Justice Law Center

Address: 637 Albertoni Street, Suite 108, Carson, California 90746

Telephone Number: 949-400-5068                          Fax Number: 714-242-2096

E-mail: lee.durst@gmail.com

Counsel of record for the following party or parties: Paul Pejman Edalat; Olivia Karpinski; Farah Barghi; Blue Torch Ventures Inc.; and LIWA N.A., Inc.

Other members of the same firm or agency also seeking to withdraw: Larry Rothman

---

G-01 (06/13)            REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL            Page 1 of 2

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Kristopher P. Diulio                CA Bar Number: 229399

Firm or agency: Ford & Diulio PC

Address: 695 Town Center Drive, Suite 700, Costa Mesa, California 92626

Telephone Number: 714-384-5540           Fax Number: 844-437-7201

E-mail: kdiulio@FordDiulio.com

## SECTION III - SIGNATURES

**Withdrawing Attorney**

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 11/03/2016        Signature: [signature]

                        Name: Lee H. Durst

**New Attorney (if applicable)**

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 11/03/2016        Signature: /s/ Kristopher P. Diulio

                        Name: Kristopher P. Diulio

**Party Represented by Withdrawing Attorney**

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 11/03/2016        Signature: [signature]

                        Name: Paul Pejman Edalat

                        Title:

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, I electronically filed the foregoing **REQUEST FOR APPROVAL OF SUBSTITION OR WITHDRAWAL OF COUNSEL – PAUL PEJMAN EDALAT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

    /s/ *Kristopher P. Diulio*
Kristopher P. Diulio