# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____        _____
*City, State, Zip*              *E-Mail Address*

_____       _____       _____
*Telephone Number*    *Fax Number*         *State Bar Number*

as attorney of record instead of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

Dated _____          _____
                                      U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (12/14)       **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**