UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-686 AG (DFMx) | Date | November 17, 2016 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

**Proceedings:** **[IN CHAMBERS] ORDER VACATING DISCOVERY MOTION HEARING**

There has been a lot of recent motion practice in this case and the tension and hostility between the two parties couldn't be more clear. What's worse is that the attorneys appear to be adding fuel to the fire instead of taming their clients' hostility. Most recently, the parties have filed a motion and stipulation "as to unresolved discovery issues regarding the deposition of Defendant Paul Edalat."

First, this is a discovery dispute that should be brought before Magistrate Judge McCormick. Second, the motion was filed on November 16, 2016, and noticed for a November 28, 2016 hearing. This is not proper notice. The stipulation was filed under Local Rule 37-2, and Local Rule 37-3 governs the timing for hearings on such motions. Local Rule 37-3 states that "[t]he motion may be noticed to be heard on the particular judge's regular Motion Day which shall be not earlier than twenty-one (21) days after the filing of the motion." L. R. 37-3.

The Court, for the second time in one week, ORDERS the parties to follow all relevant Local Rules when filing motions. Going forward, the attorneys should remember that it is their job to bring order out of chaos, not chaos out of order, and to go through this litigation in a "just, speedy, and inexpensive" way. Fed. R. Civ. P. 1.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-686 AG (DFMx) | Date | November 17, 2016 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

The Court VACATES the discovery dispute motion. (Dkt. No. 129.)

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |