UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   8:16–cv–00686–AG–DFM                    Date     11/28/2016

Title       BRUCE CAHILL ET AL V. PAUL PEJMAN EDALAT ET AL

Present:    The Honorable   Andrew J. Guilford  , U. S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| John Markham | Kristopher Diulio |

**Proceedings:**   PLAINTIFFS MOTION TO RESTRAIN UNLAWFUL CONDUCT BY DEFENDANTS AND TO ADVANCE THE TRIAL DATE IN THIS ACTION [DKT 94]

Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

:10

Initials of Preparer:  lb