**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE CAHILL; GREG CULLEN; SHANE SCOTT; RON FRANCO; and PHARMA PAK, INC.<br>*Plaintiff(s)*<br>v.<br>PAUL PEJMAN EDALAT; OLIVIA KARPINSKI; FARAH BARGHI; SENTAR PHARMS., et al.<br>*Defendant(s)* | CASE NUMBER<br>8:16-cv-00686-AG-DFM<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

Paul Pejman Edalat    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Kristopher P. Diulio who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Ford & Diulio PC, 695 Town Center Drive, Suite 700
*Street Address*

Costa Mesa, CA 92626        kdiulio@FordDiulio.com
*City, State, Zip*          *E-Mail Address*

714-348-5540     844-437-7201     229399
*Telephone Number*   *Fax Number*    *State Bar Number*

as attorney of record instead of Lee H. Durst and Larry Rothman
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**  ☒ GRANTED   ☐ DENIED

Dated  12/21/2016

*U. S. District Judge Andrew J Guilford*