John J. E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamread.com
Elizabeth L. Read (CA Bar No. 87618)
Email: eread@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
Attorneys for Plaintiffs BRUCE CAHILL, GREG CULLEN,
SHANE SCOTT, RON FRANCO, and PHARMA PAK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual, et al.,<br><br>Plaintiffs,<br><br>-- vs. --<br><br>PAUL PEJMAN EDALAT, an individual, et al.,<br><br>Defendants.<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>AND RELATED CROSS-CLAIMS/COUNTERCLAIMS.<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | **CASE NO: 8:16-cv-00686-AG-DFM**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL CONTINUED DEPOSITION OF DEFENDANT PAUL EDALAT**<br><br>**Discovery Cut-Off: 3/13/2017**<br>**Pretrial Conference: 5/22/2017**<br>**Jury Trial 6/13/2017**<br><br>**Date: February 7, 2017**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 6B**<br>**Honorable Douglas F. McCormick**<br><br>**United States Courthouse**<br>**411 West Fourth Street**<br>**Santa Ana, CA 92701-4516** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on Tuesday, February 7, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 6B of the United States District Court, located at 411 West Fourth Street, Santa Ana, California 92701-4516, Plaintiffs Bruce Cahill, Gregory Cullen, Shane Scott, Ron Franco, and Pharma Pak, Inc. will and hereby do move this Court for an order compelling Defendant Paul Edalat to appear for another deposition session and compelling him to answer questions he refused to answer on December 21, 2016 (without any proper objection by counsel) including on the subject of Defendant EFT Global Holdings, Inc. d/b/a Sentar Pharmaceuticals; and ordering that Mr. Edalat must provide a handwriting sample during the deposition by signing his name at least ten (10) times in the presence and sight of counsel and the court reporter on a blank piece of paper to be marked as an exhibit and made part of the record; and that the deposition should be taken in front of a discovery referee with the cost to be paid by Mr. Edalat.

This motion is made following first, in-person discussions of counsel during the deposition of Mr. Edalat on December 21, 2016 (during which counsel set forth their positions on the dispute on the record). Pursuant to Local Rule 37-1, the day

*NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF DEFENDANT PAUL EDALAT*
**Case No. 8:16-cv-00686-AG-DFM**

2

after the deposition, on December 22, 2016, Plaintiffs' counsel served a letter

requesting to arrange a conference concerning this dispute which set out the issues

in dispute, Plaintiffs' position, legal authority in support, and the terms of the

discovery order which would be sought.  On January 3, 2017, Plaintiffs' counsel

served a draft joint stipulation on defense counsel setting out Plaintiffs' contentions

as well. Due to the holiday, defense counsel, Kristopher Diulio, Esquire, was out of

the office until January 4, 2017, and was in contact upon his return to set a meet

and confer by telephone (because counsel are not located in the same county),

which occurred on January 6, 2017.  The parties were unable to resolve the dispute

and therefore, Plaintiffs file this motion, along with the attached Joint Stipulation

regarding this motion which sets out the contentions of Plaintiffs and of

Defendants.  The parties rely on the contentions and points and authority set out in

the accompanying stipulation and the accompanying exhibits, pursuant to L.R. 37-

2.

Dated: January 17, 2017

MARKHAM & READ

 /s/ John J.E. Markham, II
John J.E. Markham, II, SBN 69623
One Commercial Wharf West
Boston, MA 02110

1

2

3

Tel: 617-523-6329
Fax: 617-742-8604
Email: jmarkham@markhamread.com

4

5

6

*Counsel on behalf of Plaintiffs Bruce Cahill, Greg Cullen, Ron Franco, and Pharma Pak and Counterclaim Defendants*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Commonwealth of Massachusetts        ) ss,
County of Suffolk.                               )

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action. My business address is One Commercial Wharf West, Boston MA 02110

On January 17, 2017, I served the foregoing document described as:

### NOTICE OF MOTION AND MOTION

**[X] BY ELECTRONIC MAIL via the ECF filing system on**:

Kristopher Price Diulio, Esq.
Brendan M. Ford, Esq.
FORD & DIULIO, PC
695 Town Center Drive, Ste 700
Costa Mesa, CA  92626
(714) 384-5542
kdiulio@forddiulio.com
bford@FordDiulio.com

*Attorneys for Defendants Paul Pejman Edalat, Olivia Karpinski, Farah Barghi, Blue Torch Ventures, Inc., LIWA, N.A., Inc., Sentar Pharmaceuticals, Inc. and EFT Global Holdings, Inc.*

Executed on January 17, 2017, in Boston, Massachusetts.

I declare under penalty of perjury under the laws of United States and the State of California that the foregoing is true and correct.

_/s/ John J. E. Markham, II_
John J. E. Markham, II

*NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF DEFENDANT PAUL EDALAT*
**Case No. 8:16-cv-00686-AG-DFM**