# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-00686 AG (DFM) | Date | February 14, 2017 |
| Title | Bruce Cahill v. Paul Pejman Edalat, et al. | | |

Present: The Honorable   Douglas F. McCormick

| Nancy Boehme | CS 02/14/17 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John Markham | Kristopher Diulio |

**Proceedings:** Plaintiffs' Motion to Compel Continued Deposition of Defendant Paul Edalat [169]

Cause called and counsel make their appearances. Court and counsel confer.

The Court GRANTS Plaintiffs' motion and ORDERS Defendant Paul Edalat to appear in Courtroom 6B of the United States District Court for the Central District of California, Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California 92701, on Thursday, March 2, 2017, at 9:00 a.m. for deposition under the Court's supervision. Counsel may contact the Court's courtroom deputy to arrange for access to the courtroom for a videographer and court reporter. Defendant will be ordered to provide handwriting exemplars during the deposition.

|  |  : 15 |
|---|---|
| Initials of Clerk | nb |