UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-0686-AG(DFMx) | Date | February 14, 2017 |
| Title | BRUCE CAHILL, ET AL v PAUL PEJMAN EDALAT, ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Markham | Kristopher Diulio |

**Proceedings:**    1. PAUL EDALAT'S MOTION TO DISMISS PLAINTIFFS' SECOND
AMENDED COMPLAINT [DKT 162]
2. NON-EDALAT DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
SECOND AMENDED COMPLAINT [DKT 163]
3. DEFENDANT EFT GLOBAL HOLDINGS, INC MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT [DKT 166]

Cause is called for hearing and counsel make their appearances.  Motions are argued and taken
under submission.

|  |  | : | 25 |
|---|---|---|---|
| Initials of Preparer | lmb | | |