# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-00686 AG (DFM) | Date | March 13, 2017 |
| Title | Bruce Cahill v. Paul Pejman Edalat, et al. | | |

Present: The Honorable   Douglas F. McCormick

| Nancy Boehme | CS 03/13/17 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John Markham | Kristopher Diulio |

**Proceedings:**         Discovery Conference

    Cause called and counsel make their appearances. Court and counsel confer. The Court sets a Telephonic Conference for March 21, 2017, at 10:00 a.m.

                                                                                  : 07

Initials of Clerk   nb