John J. E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
Attorneys for Plaintiffs BRUCE CAHILL, GREG CULLEN,
SHANE SCOTT, RON FRANCO, and PHARMA PAK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual, et al., <br><br> Plaintiffs, <br><br> -- vs. -- <br><br> PAUL PEJMAN EDALAT, an individual, et al., <br><br> Defendants. <br><br><br> AND RELATED CROSS-CLAIMS/COUNTERCLAIMS. | **CASE NO: 8:16-cv-00686-AG-DFM** <br><br> **STATEMENT OF PLAINTIFFS AS TO THE SPECIFIC ORDER THEY SEEK ON THEIR MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS FROM DEFENDANTS** <br><br> **Discovery Cut-Off: 3/24/2017** <br> **Pretrial Conference: 5/22/2017** <br> **Jury Trial 6/13/2017** <br><br> **Date: March 21, 2017** <br> **Time: 10:00 a.m.** <br> **Place: Courtroom 6B** <br> **Honorable Douglas F. McCormick** <br><br> **United States Courthouse** <br> **411 West Fourth Street** <br> **Santa Ana, CA 92701-4516** |

At the hearing held on March 13, 2017, on the setting of a hearing date on Plaintiffs' Motion to Compel Defendants to Produce Documents (Dkt. No. 193), this Court directed Plaintiffs to specify which specific relief they sought on the motion choosing from the various compromise offers they had previously made. Plaintiffs hereby request this Court to specifically enter the compromise position stated in Exhibit D (Dkt. No. 193-7) to the above-referenced motion, namely, as follows:

> All emails between 6/01/15 through 2/15/16 authored or received by Olivia Karpinski and sent or received from the email address "Olivia@sentarpharma.com";

> All emails between 1/01/15 through 2/15/16 authored or received by Farah Barghi and sent or received from the email address "Farah@sentarpharma.com" which contain any reference to, or attachments that relate to, the 2014 Scilabs Pharmaceuticals PPM, or the 2015 Sentar Pharmaceuticals PPM or the product Citrirex;

> All emails between 1/01/15 through 2/15/16 authored or received by Paul Edalat and sent or received from the email address "Paul@sentarpharma.com" which relate to or contain any reference to, or attachments that relate to, the 2014 Scilabs Pharmaceuticals PPM, or the 2015 Sentar Pharmaceuticals PPM, or the product Citrirex.

For the reasons stated in Plaintiffs' moving papers, Plaintiffs respectfully submit that an order directing production of the above-described documents is reasonable.

Dated: March 17, 2017                             Respectfully submitted,

                                                        MARKHAM & READ

                                                        /s/ John J.E. Markham, II

*STATEMENT OF PLAINTIFFS AS TO THE SPECIFIC ORDER THEY SEEK ON THEIR MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS FROM DEFENDANTS*
**Case No. 8:16-cv-00686-AG-DFM**
2

John J.E. Markham, II, SBN 69623
One Commercial Wharf West
Boston, MA 02110
Tel: 617-523-6329
Fax: 617-742-8604
Email: jmarkham@markhamread.com

*Counsel on behalf of Plaintiffs Bruce Cahill, Greg Cullen, Ron Franco, and Pharma Pak and Counterclaim Defendants*

## CERTIFICATE OF SERVICE

Commonwealth of Massachusetts ) ss,
County of Suffolk. )

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action. My business address is One Commercial Wharf West, Boston MA 02110

On March 17, 2017, I served the foregoing document described as:

## STATEMENT OF PLAINTIFFS

**[X] BY ELECTRONIC MAIL via the ECF filing system on**:

Kristopher Price Diulio, Esq.
Brendan M. Ford, Esq.
FORD & DIULIO, PC
695 Town Center Drive, Ste 700
Costa Mesa, CA 92626
(714) 384-5542
kdiulio@forddiulio.com
bford@FordDiulio.com

*Attorneys for Defendants Paul Pejman Edalat, Olivia Karpinski, Farah Barghi, Blue Torch Ventures, Inc., LIWA, N.A., Inc., Sentar Pharmaceuticals, Inc. and EFT Global Holdings, Inc.*

Executed on March 17, 2017, in Boston, Massachusetts.

I declare under penalty of perjury under the laws of United States and the State of California that the foregoing is true and correct.

                                                 */s/ John J. E. Markham, II*
                                                   John J. E. Markham, II