John J. E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamread.com
Elizabeth L. Read (CA Bar No. 87618)
Email: eread@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604

Attorneys for Plaintiffs
BRUCE CAHILL, GREG CULLEN, SHANE SCOTT,
RON FRANCO, and PHARMA PAK, INC.,

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual, et al., <br><br> Plaintiffs, <br><br> -- vs. -- <br><br> PAUL PEJMAN EDALAT, an individual, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS/COUNTERCLAIMS. | **CASE NO: 8:16-cv-00686-AG-DFM** <br><br> **RESPONSE TO APPLICATION FOR LEAVE TO WITHDRAW (DKT. #199) AND TO EX PARTE APPLICATION FOR ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (DKT. #200)** <br><br> **Honorable Andrew J. Guilford** <br> **United States Courthouse** <br> **411 West Fourth Street** <br> **Santa Ana, CA 92701-4516** |

RESPONSE TO APPLICATION FOR LEAVE TO WITHDRAW (DKT. #199) TO EX PARTE APPLICATION FOR ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (DKT. #200)

i

Plaintiffs and Counterclaim Defendants, through their undersigned counsel, hereby respond to the Application for Leave to Withdraw (Dkt. No. 199) and Ex Parte Application for Order Granting Defendant's Motion for Leave to Withdraw as Counsel , Or, In The Alternative, for An Order To Shorten Time and Advance The Hearing On Defendants' Motion For Leave To Withdraw As Counsel (Dkt. No. 200).

Plaintiffs/Counterclaim Defendants have no objection to the *ex parte* motion to the extent that it seeks either a hearing on shortened time or a resolution of the motion without a hearing, as the Court pleases. Plaintiffs/Counterclaim Defendants also do not object if leave is granted for current counsel of record for Defendants/Counterclaimants to withdraw. However, this non-objection is conditioned upon replacement counsel appearing who are able to keep the current schedule which has a trial date in June, 2017. Both sides have worked hard to get the case ready and in light of the start-up companies that are involved, resolving the claims made against them earlier rather than later is very important to their financial well-being. Finally, plaintiffs have no objection to the Declaration of Kristopher Diulio, Esquire (counsel for Defendants/Counterclaimants) being filed under seal (as requested at Dkt. No. 198), if it contains nothing but confidential material that should be protected from disclosure under the ethics rules.

| | | |
|---|---|---|
| 1 | Dated: March 21, 2017 | Respectfully submitted, |
| 2 | | MARKHAM & READ |
| 3 | | |
| 4 | | By: */s/ John J. E. Markham, II* |
| 5 | | John J. E. Markham, II |
| 6 | | *Attorney for Plaintiffs and Counterclaim Defendants* |

RESPONSE TO APPLICATION FOR LEAVE TO WITHDRAW (DKT. #199) TO EX PARTE APPLICATION FOR ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (DKT. #200)

2

# CERTIFICATE OF SERVICE

Commonwealth of Massachusetts ) ss,
County of Suffolk. )

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action. My business address is One Commercial Wharf West, Boston, MA 02110

On March 21, 2017, I served the foregoing document described as:

**RESPONSE TO APPLICATION FOR LEAVE TO WITHDRAW (DKT. #199) AND TO EX PARTE APPLICATION FOR ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (DKT. #200)**

[X] **BY ELECTRONIC MAIL via the ECF filing system on**:

Kristopher Price Diulio, Esq.
Brendan M. Ford, Esq.
FORD & DIULIO, PC
695 Town Center Drive, Ste 700
Costa Mesa, CA 92626
(714) 384-5542
kdiulio@forddiulio.com
bford@FordDiulio.com

*Attorneys for Defendants Paul Pejman Edalat, Olivia Karpinski, Farah Barghi, Blue Torch Ventures, Inc., LIWA, N.A., Inc., Sentar Pharmaceuticals, Inc. and EFT Global Holdings, Inc.*

Executed on March 21, 2017, in Boston, Massachusetts.

I declare under penalty of perjury under the laws of United States and the State of California that the foregoing is true and correct.

                                             */s/ Elizabeth Read*
                                             Elizabeth Read

MEMORANDUM OF LAW IN OPPOSITION TO EFT GLOBAL HOLDINGS, INC.'S MOTION TO DISMISS (DKT. NO. 166)