UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00686 AG (DFMx) | Date | March 22, 2017 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER GRANTING EX PARTE APPLICATION AND ADVANCING HEARING DATE**

Kristopher P. Diulio and Brendan M. Ford of Ford & Diulio PC, counsel for Defendants Blue Torch Ventures, Inc.; LIWA, N.A., Inc.; Sentar Pharmaceuticals; EFT Global Holdings, Inc.; Farah Barghi; Paul Pejman Edalat; Olivia Karpinski; and Sentus Land Management, LLC have filed an ex parte application asking the Court to either advance the hearing to an earlier date on their motion to withdraw as counsel or to grant that motion.

In the interest of justice and to give Defendants a chance to obtain new counsel in a more timely manner, the Court will advance the hearing date for the motion to withdraw. A tentative order will be posted and Defendants' counsel is expected to attend the hearing. The opposing party may but need not attend that hearing.

The Court GRANTS Defendants' ex parte application. (Dkt. No. 200.)
The Court ADVANCES the hearing date for the motion to withdraw currently set for April 18, 2017 at 10:00 a.m. to Monday, **April 3, 2017 at 10:00 a.m.** (Dkt. No. 199.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-00686 AG (DFMx) | Date | March 22, 2017 |
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

  : 0

Initials of Preparer   lmb