UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00686 AG (DFM) | Date | March 21, 2017 |
|---|---|---|---|
| Title | Bruce Cahill v. Paul Pejman Edalat, et al. | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| Nancy Boehme | | CS 03/21/17 |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| John Markham – by telephone | | Kristopher Diulio |

**Proceedings:**          Plaintiffs' Motion to Compel

    Cause called and counsel make their appearances. Counsel argue motion. The Court takes the matter under submission.

                                                                                                     :    36

                                                                        Initials of Clerk    nb