UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 16-00686-AG (DFMx) | Date | March 22, 2017 |
|---|---|---|---|
| Title | Bruce Cahill et al. v. Paul Pejman Edalat et al. | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| Nancy Boehme | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**   (In Chambers) Order re: Plaintiffs' Motion to Compel [193]

    Plaintiffs move for an order compelling Defendants to produce certain emails. After an informal hearing on March 13, 2017, the Court invited Defendants to file an opposition setting forth their position on Plaintiffs' motion. The Court also directed both parties to tell the Court how it proposed to resolve the dispute, advising the parties that it was likely to select the more reasonable of the parties' proposals. After receiving Defendants' opposition and the parties' respective proposals, the Court held a hearing during which it heard from counsel about their respective proposals.

    The Court finds that Plaintiffs' proposal is appropriate and more reasonable. The Court thus GRANTS Plaintiffs' motion and ORDERS Defendants to produce the following documents:

    All emails between 6/01/15 through 2/15/16 authored or received by Olivia Karpinski and sent or received from the email address "Olivia@sentarpharma.com";

    All emails between 1/01/15 through 2/15/16 authored or received by Farah Barghi and sent or received from the email address "Farah@sentarpharma.com" which contain any reference to, or attachments that relate to, the 2014 Scilabs Pharmaceuticals PPM, or the 2015 Sentar Pharmaceuticals PPM;

    All emails between 6/30/15 through 2/15/16 authored or received by Farah Barghi and sent or received from the email address "Farah@sentarpharma.com" which contain any reference to, or attachments that relate to, the product Citrirex;

    All emails between 1/01/15 through 2/15/16 authored or received by Paul Edalat and sent or received from the email address "Paul@sentarpharma.com"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 16-00686-AG (DFMx) | Date | March 22, 2017 |
|---|---|---|---|
| Title | Bruce Cahill et al. v. Paul Pejman Edalat et al. | | |

which relate to or contain any reference to, or attachments that relate to, the 2014 Scilabs Pharmaceuticals PPM, or the 2015 Sentar Pharmaceuticals PPM; and

All emails between 6/30/15 through 2/15/16 authored or received by Paul Edalat and sent or received from the email address "Paul@sentarpharma.com" which relate to or contain any reference to, or attachments that relate to, the produce Citrirex.

Defendants are ORDERED to make such production within twenty-one (21) days of the date of this order. Such production should be accompanied by a privilege log under Fed. R. Civ. P. 26(b)(5)(B) for any documents withheld on the basis of privilege.

|  | : |
|---|---|
| Initials of Preparer | nb |