```
 1 | Paul Pejman Edalat
   | Olivia Karpinski
   | Farah Barghi
 2 | Sentar Pharmaceuticals, Inc.
   | EFT Global Holdings, Inc.
 3 |
   | Defendants and Counter/Cross-
 4 | Defendants, Responding to Motion by
   | their Attorney to Withdraw
 5 |
 6 |
 7 |                    UNITED STATES DISTRICT COURT
 8 |                   CENTRAL DISTRICT OF CALIFORNIA
 9 |
10 | BRUCE CAHIL ET AL.            ) Case No. SACV 16-00686
11 |                               )
12 |      Plaintiff,               ) RESPONSE OF UNDERSIGNED CLIENTS
                                   ) AND CROSS/COUNTER-DEFENDANTS
13 |                               ) PAUL PEJMAN EDALAT, OLIVIA
   |         v.                    ) KARPINSKI, FARAH BARGHI, SENTAR
14 |                               ) PHARMACEUTICALS INC. AND EFT
   | PAUL PEJMAN EDALAT ET AL.     ) GLOBAL HOLDINGS, INC. TO
15 |                               ) APPLICATION BY THEIR ATTORNEYS
16 |      Defendants.              ) FOR LEAVE TO WITHDRAW [DKT 199]
                                   )
17 | _____   )
   | AND ASSOCIATED CROSS AND      ) Hearing date:
18 | COUNTER-CLAIMS                ) April 3, 2017
19 |                               ) 10am
                                   ) Courtroom of the
20 |                               ) Hon. Andrew J. Guilford
21 |                               )
22 |                               )
23 |                               )
24 | _____   )
25 |
26 |
27 |
28 |
                                                              COMPLAINT
```

The undersigned clients and cross/counter-defendants PAUL PEJMAN EDALAT, OLIVIA KARPINSKI, FARAH BARGHI, SENTAR PHARMACEUTICALS INC., AND EFT GLOBAL HOLDINGS, INC. respond to the application of their attorneys Ford & Diulio to withdraw from the pending case.

Clients do not oppose the withdrawal per se but take issue with the statement in the application that the withdrawal will not cause a delay in the case, otherwise prejudice clients, and that there is sufficient time for new counsel to come in and try the case on the currently scheduled date of June 13, 2017.

This case involves numerous parties and complex claims and counter- and cross-claims involving alleged securities fraud, RICO, breach of fiduciary duty, and sexual harassment. A few key depositions remain to be concluded, including the final remaining stipulated deposition of lead Plaintiff. Furthermore, Plaintiff and counter claim defendants have yet to substantively respond to written Discovery. As presently constituted all claims and cross/counter-claims are scheduled to be tried in one trial, which by the scheduling order is confined to three days. This issue alone needs to be analyzed because many of the issues are disparate (for example, securities fraud on the one hand, sexual harassment on the other). Bifurcation may be in order. It does appear that the parties through their counsel have not addressed these procedural complexities or (so far as appears) arrived at a comprehensive pretrial order that might

appropriately bifurcate issues or define the issues for trial.

Clients have made energetic efforts to secure new counsel immediately. However any new counsel will seek, and may require, a continuance of the trial date in order to have sufficient time to prepare and not disadvantage or prejudice Clients' rights. A continuance may be in order regardless to allow an adequate pretrial. The pending application filed by Ford and Diulio incorrectly suggests that no continuance will be in order or will be necessary.

Clients respectfully request the court to require their current attorney to seek a trial continuance or at least an adequate pretrial order with appropriate bifurcation of issue. At the very least current counsel must address these issues with the Court and opposing side, prior to withdrawal from the case.

Respectfully submitted:

Dated: ~~March 29, 2017~~

_____
on behalf of EFT Global Holdings Inc.

Dated: March 29, 2017

_____
on behalf of Sentar Pharmaceuticals, Inc.

Dated: ~~March 29, 2017~~

_____
Paul Pejman Adalat

Dated: ~~March 29, 2017~~

_____
Farah Barghi

Dated: 3/29/2017

_____
Olivia Karpinski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, March 29, 2017, the foregoing document was filed via the Central District of California CM/ECF system, which will send notification of such filing to all counsel of record who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 29, 2017, at __Costa Mesa__, California.

s/ Kristopher P. Diulio