UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00686 AG (DFMx) | Date | April 3, 2017 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Kristopher P. Diulio ("Counsel") moves to withdraw as counsel for Defendants Blue Torch Ventures, Inc.; LIWA, N.A., Inc.; Sentar Pharmaceuticals, Inc.; EFT Global Holdings, Inc.; Farah Barghi; Paul Pejman Edalat; Olivia Karpinski; and Sentus Land Management, LLC. The motion is unopposed but Defendants have filed a "statement of response" in which they state that any new attorney they hire will need more time to prepare for the upcoming trial and they request a continuance of the trial date. (Dkt. No. 211.) Plaintiffs and counter defendants object to that statement of response on various grounds. (Dkt. No. 212 & 213.) They point out that parties who are currently represented by an attorney and parties that are entities cannot file papers *pro se*. If Defendants wish to request a continuance of a trial date, they may do so through a properly noticed motion after the Court grants Counsel's motion to withdraw.

Under the Local Rules of the Central District of California, "[a]n attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." L.R. 83-2.3.2. Counsel's sealed declaration establishes that good cause exists here for the withdrawal and that Counsel has taken adequate steps to inform

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00686 AG (DFMx) | Date | April 3, 2017 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

Defendants of the withdrawal.

The Court ORDERS Counsel to serve Defendants with this Order. The Order contains important information in the following paragraphs. Service shall be made by hand delivering of a copy of this Order if reasonably possible, and if not reasonably possible, by mail. The Court GRANTS the motion (Dkt. No. 199) effective when and if Counsel files, by April 17, 2017, proof that Defendants have been served with this Order.

### NOTICE TO: PAUL EDALAT, OLIVIA KARPINKSI, AND FARAH BARGHI

**YOUR PRESENT COUNSEL WILL NO LONGER BE REPRESENTING YOU, WHICH CREATES A RISK THAT YOU COULD LOSE YOUR CASE.**

Without an attorney, you will be representing yourselves in this case. That means you must follow all the rules that apply and meet all the requirements for someone with a lawsuit like yours. Among other things, this means it is your duty to keep the Court and all parties informed at all times of your current addresses and telephone numbers. If you do not do so, the Court and other parties will not be able to send you important documents that may affect you, including documents that may hurt your interests or result in you losing the case.

People like you who represent themselves in court without a lawyer are called "pro se litigants." These people often face special challenges. The Public Law Center runs a free Federal Pro Se Clinic at the Santa Ana federal courthouse where pro se litigants can get information and guidance. Visitors to the clinic must make an appointment by calling (714) 541-1010 (x222). The clinic is located in Room 1055 of the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, CA. More information about the clinic may be found by visiting http://court.cacd.uscourts.gov/cacd/ProSe.nsf and selecting "Pro Se Clinic - Santa Ana."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00686 AG (DFMx) | Date | April 3, 2017 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

**NOTICE TO: BLUE TORCH VENTURES, INC.; LIWA, N.A., INC.; SENTAR PHARMACEUTICALS, INC.; EFT GLOBAL HOLDINGS, INC.; AND SENTUS LAND MANAGEMENT, LLC.**

**YOUR PRESENT COUNSEL WILL NO LONGER BE REPRESENTING YOU, WHICH CREATES A RISK THAT YOU COULD LOSE YOUR CASE.**

"Only individuals may represent themselves *pro se*. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney . . . ." L.R. 83-2.2.2. If you don't immediately seek representation by an attorney, you may face negative consequences, including the risk of losing your case.

: 0

Initials of Preparer  lmb