UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:16–cv–00686–AG–DFM | Date | 4/3/2017 |
| Title | BRUCE CAHILL ET AL V. PAUL PEJMAN EDALAT ET AL | | |

Present:   The Honorable   Andrew J. Guilford, U. S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Bridget Zerner, PHV | Kristopher Diulio |
| | Brendan Ford |
| | Mir Kashani (to substitute in) |

**Proceedings:**   **APPLICATION FOR LEAVE TO WITHDRAW [DKT 199]**

Cause is called for hearing and counsel make their appearances. Court and counsel confer. The Court orders that the tentative ruling shall become the order of the Court. A separate order GRANTING motion to issue.

:10

Initials of Preparer:  lb