SAIED KASHANI, SBN 144805
800 West First Street Suite 400
Los Angeles, California  90012
tel. (213) 625 4320
saiedkashani@gmail.com

Attorney for:
Paul Pejman Edalat
Olivia Karpinski
Farah Barghi
Sentar Pharmaceuticals, Inc.
EFT Global Holdings, Inc.

In all capacities

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CAHIL ET AL. | ) Case No. SACV 16-00686 |
| | ) |
|     Plaintiff, | ) SUBSTITUTION OF ATTORNEY |
| | ) |
|        v. | ) |
| | ) |
| PAUL PEJMAN EDALAT ET AL. | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |
| AND ASSOCIATED CROSS AND | ) |
| COUNTER-CLAIMS | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

1  The undersigned defendants and cross/counter-claimants PAUL

2  PEJMAN EDALAT, OLIVIA KARPINSKI, FARAH BARGHI, SENTAR

3  PHARMACEUTICALS INC. AND EFT GLOBAL HOLDINGS, INC. hereby

4  substitute their current counsel Ford & Diulio PC (Kristopher P.

5  Diulio) with new counsel Saied Kashani, 800 W. 1st St. Suite

6  400, Los Angeles, CA  90012, tel. (213) 625 4320.

7

8  Dated: 4/3/2017      _____

9                       PAUL EDALAT

10                      [name and title]
                        on behalf of EFT Global Holdings Inc.

11 Dated: April 3, 2017  _____

12

13                      FARAH BARGHI
                        [name and title]
14                      on behalf of Sentar Pharmaceuticals, Inc.

15 Dated: 4/3/2017      _____

16                      Paul Pejman Edalat

17 Dated: April 3, 2017  _____
                        Farah Barghi

18 Dated: 4/3/2017      _____

19                      Olivia Karpinski

20    We consent to the substitution:

21

22 Dated: 4-3-2017      /s/Kristopher P. Diulio (with permission)
                        Kristopher P. Diulio
23                      Fold & Diulio PC.

24    I accept the substitution:

25

26 Dated: _____      /s/ Saied Kashani

27                      Saied Kashani

28

1

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this day, April 3, 2017, the foregoing document was filed via the Central District of California CM/ECF system, which will send notification of such filing to all counsel of record who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 3, 2017, at Los Angeles, California.

/s/ Saied Kashani
Saied Kashani

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, April 10, 2017, the foregoing document was filed via the Central District of California CM/ECF system, which will send notification of such filing to all counsel of record who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 10, 2017, at Los Angeles, California.

/s/ Saied Kashani
Saied Kashani