UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-0686-AG(DFMx) | Date | June 26, 2017 |
| Title | BRUCE CAHILL, ET AL v PAUL PEJMAN EDALAT, ET AL | | |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Markham | Kristopher Diulio |

**Proceedings:**  1. PRETRIAL CONFERENCE (7 DAY JURY TRIAL 7/25/17)
 2. DEFENDANTS' MOTION IN LIMINE TO EXCLUDE MODELING PHOTOGRAPHS OF OLIVIA KARPINSKI [DKT 249]
 3. DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE REFERENCE TO CONFIDENTIAL SETTLEMENT OF CIVIL HARASSMENT CLAIM [DKT 251]
 4. DEFENDANTS' MOTION IN LIMINE NO. 3 TO PRECLUDE USE OF TERMS "RICO", "RACKETEERING", ETC IN OPENING STATEMENT [DKT 252]
 5. DEFENDANTS' EX PARTE APPLICATION TO ALLOW TAKING OF THREE DEPOSITIONS, ON BOTH SIDES, AFTER DISCOVER (sic) CUT-OFF PURSUANT TO PRIOR WRITTEN AGREEMENT OF THE PARTIES [DKT 261]

Cause is called for hearing and counsel make their appearances.  Court and counsel confer re trial.  The Court sets this matter for a five day timed trial.  Trial date remains July 25, 2017 at 9:00 a.m.  Final Pretrial Conference Order signed and filed.

Motions in limine are argued.  Defendants' motion in limine #1 and #2 are GRANTED.  Defendants' motion in limine #3 is DENIED.

Defendants' ex parte application is DENIED.

|  | : | 25 |
|---|---|---|
| Initials of Preparer | lmb | |