UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00686 AG (DFMx) | Date | June 27, 2017 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**       **[IN CHAMBERS] ORDER REGARDING TIMED TRIAL**

As discussed at the June 26, 2017 pretrial conference, the Court is disappointed with how this case is proceeding. Recent voluminous and numerous filings of trial documents are just some examples heightening the Court's concern over how this trial will proceed in front of eight jurors, who have each taken away time from their busy lives to serve the public by hearing this case.

Under the circumstances, the Court finds that a timed trial is appropriate and that five days is sufficient time to try this case. Assuming five days of trial—with 5.5 active trial hours per day on Wednesday, Thursday, and the two Tuesdays, and 5.0 active trial hours on Friday—there will 27 active trial hours. Each side will receive 13.5 hours. Those 13.5 hours will include voir dire, witness examination, and statements and arguments to the Court and Jury.

To the extent the parties are unable to reach an agreement on issues, thus requiring the Court's attention outside of trial—such as disputed jury instructions or objections to deposition testimony—the Court may charge the time it spends on such issues against the parties' trial presentation time. In determining whether to charge any such time and to what party, the Court will consider the reasonableness of the disputes and the prevailing party.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-00686 AG (DFMx) | Date | June 27, 2017 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

The last hour of each side's time must be reserved for closing argument. To ensure that the parties have at least 60 minutes for closing arguments, neither side may present evidence or examine witnesses after 12.5 hours of their allotted time have elapsed. But the parties may allocate more time to closing arguments if they choose, as long as they stay within their overall time limits.

                                                                    :      0

Initials of Preparer        lmb