# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-0686-AG(DFMx) | Date | July 25, 2017 |
| Title: | BRUCE CAHILL, ET AL v PAUL PEJMAN EDALAT, ET AL | | |

Present: The Honorable    ANDREW J. GUILFORD

| Lisa Bredahl | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Markham; Bridget Zerner, PHV | Saied Kashani |

_____ Day Court Trial    First          _____ Day Jury Trial

_____ One day trial:    X  Begun (1ˢᵗ day);    X  Held & Continued;    _____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

X  Opening statements made by          each side

X  Witnesses called, sworn and testified.    X  Exhibits Identified    X  Exhibits admitted.

_____ Plaintiff(s) rest.          _____ Defendant(s) rest.

_____ Closing arguments made by          _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.          _____ Jury retires to deliberate.          _____ Jury resumes deliberations.

_____ Jury Verdict in favor of          _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.          _____ Polling waived.

_____ Filed Witness & Exhibit Lists          _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for          _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by          is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by          is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by          is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to    July 26, 2017 at 9:00 a.m.          for further trial/further jury deliberation.

_____ Other:

                                                    5    :    10

                              Initials of Deputy Clerk          lmb

cc: