# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 16-0686-AG(DFMx) |
| Title: | BRUCE CAHILL, ET AL v PAUL PEJMAN EDALAT, ET AL |
| Date | July 26, 2017 |

Present: The Honorable **ANDREW J. GUILFORD**

| Lisa Bredahl | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Markham; Bridget Zerner, PHV | Saied Kashani |

\_\_\_ Day Court Trial    Second Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    X Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
X Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.
\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.    \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    July 27, 2017 at 9:00 a.m.    for further trial/further jury deliberation.
\_\_\_ Other:

                                                                                      5 : 30

Initials of Deputy Clerk    lmb

cc: