FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

BRUCE CAHILL et al.

    Plaintiff(s),

v.

PAUL PEJMAN EDALAT et al.

    Defendant(s).

AND ASSOCIATED CROSS AND COUNTER-CLAIMS

CASE NO: 8:16-cv-00686-AG-DFM

**REDACTED**

<u>VERDICT FORM</u>

- 1 -

Plaintiffs' Claims

1. Is Bruce Cahill entitled to judgment for his claims against:

   Paul Edalat?

   ☒ YES   ___ NO

   If yes, how much is he entitled to?

   $ 600,000

   EFT Global Holdings?

   ___ YES   ___ NO

   If yes, how much is he entitled to?

   $ _____

   Olivia Karpinski?

   ☒ YES   ___ NO

   If yes, how much is he entitled to?

   $ 11,000

2. Is Ron Franco entitled to judgment for his claims against:

   Paul Edalat?

   ☒ YES   ___ NO

   If yes, how much is he entitled to?

   $ 10,000

   EFT Global Holdings?

   ___ YES   ___ NO

- 2 -

If yes, how much is he entitled to?

$_____

Olivia Karpinski?

___YES___   __X__NO

If yes, how much is he entitled to?

$_____

3. Is Greg Cullen entitled to judgment for his claims against:

Paul Edalat?

__X__YES   ___NO

If yes, how much is he entitled to?

$ *10,000*

EFT Global Holdings?

___YES___   ___NO___

If yes, how much is he entitled to?

$_____

Olivia Karpinski?

___YES___   __X__NO

If yes, how much is he entitled to?

$_____

4. Is Shane Scott entitled to judgment for his claims against:

- 3 -

Paul Edalat?

☒ YES     ___ NO

If yes, how much is he entitled to?

$ 10,000

EFT Global Holdings?

___ YES     ___ NO

If yes, how much is he entitled to?

$ ___

Olivia Karpinski?

___ YES     ☒ NO

If yes, how much is he entitled to?

$ ___

5. If you find by CLEAR AND CONVINCING EVIDENCE that any of these parties are guilty of engaging in conduct with malice, oppression, or fraud, check the box next to their name. For each box checked, select who the victim(s) of that malice, oppression, or fraud were.

Note: To find that a party engaged in conduct with malice, oppression, or fraud, you must find that there was at least one victim of that conduct.

☑ Paul Edalat

   Victim(s):

      ☑    Bruce Cahill

☑ Greg Cullen

☑ Shane Scott

☑ Ron Franco

☑ Olivia Karpinski

Victim(s):

☑ Bruce Cahill

☐ Greg Cullen

☐ Shane Scott

☐ Ron Franco

Defendants' Claims

1. Is Pault Edalat entitled to judgment for his claims against:

   Bruce Cahill?

   __X__    ____
    YES      NO

   If yes, how much is he entitled to?

   $ 250,000

   Ron Franco?

   ____    __X__
   YES      NO

   If yes, how much is he entitled to?

   $ _____

   Greg Cullen?

   ____    __X__
   YES      NO

   If yes, how much is he entitled to?

   $ _____

   Shane Scott?

   ____    __X__
   YES      NO

   If yes, how much is he entitled to?

   $ _____

   Life Tech Global LLC?

   ____    __X__
   YES      NO

- 6 -

If yes, how much is he entitled to?

$ _____

2. Is Olivia Karpinski entitled to judgment for her claims against:

Bruce Cahill?

☒ YES    ☐ NO

If yes, how much is she entitled to?

$ *10,000*

Pharma Pak Inc.?

☐ YES    ☒ NO

If yes, how much is she entitled to?

$ _____

3. If you find by CLEAR AND CONVINCING EVIDENCE that any of these parties are guilty of engaging in conduct with malice, oppression, or fraud, check the box next to their name. For each box checked, select who the victim(s) of that malice, oppression, or fraud were.

Note: To find that a party engaged in conduct with malice, oppression, or fraud, you must find that there was at least one victim of that conduct.

☒ Bruce Cahill

   Victim(s):

   ☐ Paul Edalat

   ☒ Olivia Karpinski

-7-

☐ Greg Cullen

Victim:

    ☐ Paul Edalat

☐ Ron Franco

Victim:

    ☐ Paul Edalat

☐ Shane Scott

Victim:

    ☐ Paul Edalat

☐ Pharma Pak Inc.

Victim:

    ☐ Olivia Karpinski

Date: *AUG. 8, 2017*　　　　　Presiding Juror:

- 8 -