UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00686 AG (DFMx) | Date | August 25, 2017 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER DENYING EX PARTE APPLICATION TO CONTINUE PUNITIVE DAMAGES TRIAL

There have been about a half-dozen ex parte applications filed in this case. Defendants now file yet another ex parte application to continue the punitive damages phase of the trial from August 30, 2017 to some time in "the first or second week of October." (Dkt. No. 333.) The offered reason for the application is the understandable desire of Defendant Edalat and his counsel to be with family members experiencing medical problems.

The jury's first verdict was announced on August 8, 2017. (Dkt. No. 329.) Fortunately, the jurors are available to return for a second trial phase on August 30, 2017. But it doesn't seem very likely the jurors will be able to come back some time in October, two months after they thought the trial ended. Meanwhile, Defendants haven't offered any guarantees that they will be available at a specific date, in October or other. Nor have they submitted any evidence that there is an imperative reason preventing them from attending trial on August 30, 2017. Under these circumstances, the Court won't start the complicated and potentially futile process of finding another date in a distant and unclearly defined future that would hopefully be acceptable to all.

The Court is sympathetic to the medical problems in the families of Defendant Edalat and of defense counsel. The Court understands that Defendant and his counsel wish to be with

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-00686 AG (DFMx) | Date | August 25, 2017 |
|---|---|---|---|
| Title | BRUCE CAHILL ET AL. v. PAUL PEJMAN EDALAT ET AL. | | |

their families as quickly as possible. Indeed, circumstances such as this case have required the Judge to miss numerous opportunities to spend time with an ailing family member outside California. At this point, for numerous reasons, this trial must be promptly concluded.

But the Court is willing to make adjustments to aid counsel with pressing calendar demands. Thus, the punitive damage phase will begin at 9:00 am, with each side allotted 30 minutes for presenting evidence and arguing to the jury. The Court hopes this will bring the trial to a rapid conclusion and release everyone to their other concerns.

It is so ORDERED.

The Court DENIES Defendants' ex parte application. (Dkt. No. 333.)

:   0

Initials of Preparer    lmb