John J. E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamread.com
Elizabeth L. Read (CA Bar No. 87618)
Email: eread@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604

Attorneys for Plaintiffs BRUCE CAHILL, GREG CULLEN,
SHANE SCOTT, RON FRANCO, and PHARMA PAK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual, et al.,<br><br>Plaintiffs,<br><br>-- vs. --<br><br>PAUL PEJMAN EDALAT, an individual, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS/COUNTERCLAIMS. | CASE NO: 8:16-cv-00686-AG-DFM<br><br>[PROPOSED] JUDGMENT<br><br>Honorable Andrew J. Guilford<br>United States Courthouse<br>411 West Fourth Street<br>Santa Ana, CA 92701-4516 |

Pursuant to the jury verdicts reached on August 8, 2017 (Dkt. No. 324) and on August 30, 2017 (Dkt. No 347), and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff Bruce Cahill against Defendant Paul Edalat in the amount of $700,000.00.

Pursuant to the same jury verdicts, JUDGMENT is hereby entered in favor of Plaintiff Greg Cullen against Defendant Paul Edalat in the amount of $60,000.00.

Pursuant to the same jury verdicts, JUDGMENT is hereby entered in favor of Plaintiff Shane Scott against Defendant Paul Edalat in the amount of $60,000.00.

Pursuant to the same jury verdicts, JUDGMENT is hereby entered in favor of Plaintiff Ron Franco against Defendant Paul Edalat in the amount of $60,000.00.

Pursuant to the same jury verdicts, JUDGMENT is hereby entered in favor of Greg Cullen, Shane Scott, Ron Franco, and Life Tech Global, LLC on Paul Edalat's counterclaim against each of them and Paul Edalat shall recover nothing from these counterclaim defendants.

Pursuant to the same jury verdicts, JUDGMENT is hereby entered in favor of Pharma Pak, Inc., on the derivative counterclaim brought by shareholder Paul Edalat, against Bruce Cahill in the amount of $250,000.00.

Pursuant to the same jury verdicts, JUDGMENT is hereby entered in favor of Plaintiff Bruce Cahill against Defendant Olivia Karpinski in the amount of $11,000.00.

Pursuant to the same jury verdicts, JUDGMENT is hereby entered in favor of Olivia Karpinski against Bruce Cahill in the amount of $10,000.00.

All other claims in this action have been finally adjudicated and no other claims remain pending for adjudication.

IT IS SO ORDERED.

Dated: November 6, 2017

_____
Lisa Bredahl
Deputy Clerk

_____
Honorable Andrew J. Guilford
United States District Judge