## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00686-AG (DFMx) | Date | May 1, 2018 |
|---|---|---|---|
| Title | Bruce Cahill, et al v. Paul Pejman Edalat, et al | | |

| Present: The Honorable | Douglas F. McCormick |
|---|---|

| Denise Vo | CS 05/01/2018 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Markham, II | Mir Saied Kashani |
| Bruce Cahill | Paul Edalat |

**Proceedings:**   Judgment Debtor Examination of Paul Edalat

Case called. Appearances are made. The Judgment Debtor, Paul Edalat, is sworn and the parties retire to a conference room to conduct the examination.

Later, case recalled, counsel request that the exam be continued to Tuesday, June 12, 2018, at 9:00 a.m. for further examination. It is ordered that Mr. Paul Edalat to appear on this date and time. Should the parties settled, counsel will move to vacate the hearing date.

Counsel for the Judgment Creditor informs the Court that he was unable to serve the debtors with the Court's last order as to Nicole Fletcher, Olivia Karpinski, and Farah Barghi. Counsel moves to take the Judgment Debtor Examination Hearings set for Wednesday, May 2, 2018, off calendar. Request granted.

|  | : | 10 |
|---|---|---|
| Initials of Clerk | dv | |