UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-00686 AG (DFMx) | Date | June 12, 2018 |
|---|---|---|---|
| Title | Bruce Cahill, et al. v. Paul Pejman Edalat, et al. | | |

Present: The Honorable  Douglas F. McCormick

| Nancy Boehme | CS 06/12/2018 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Markham | Mir Saied Kashani |

**Proceedings:**      Judgment Debtor Examination of Paul Edalat

     Cause called and counsel make their appearances.   Court and counsel confer.   Judgment Debtor, Paul Edalat, is sworn and the parties retire to a conference room to conduct the examination.

     Later, Court goes back on the record to address issues.   Court vacates Judgment Debtor Exams scheduled for June 13, 2018.

 :   15

Initials of Clerk   nb