John J. E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamread.com
Bridget A. Zerner (Mass BBO No.669468)
Email: bzermer@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604

Attorneys for Plaintiff BRUCE CAHILL, GREG CULLEN,
SHANE SCOTT, RON FRANCO, and PHARMA PAK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE CAHILL, an individual, et al., | **CASE NO: 8:16-cv-00686-AG-DFM** |
| Plaintiffs, | **NOTICE OF PARTIAL SATISFACTION OF JUDGMENT** |
| -- vs. -- | |
| PAUL PEJMAN EDALAT, an individual, et al., | **Honorable Andrew J. Guilford**<br>**United States Courthouse**<br>**411 West Fourth Street**<br>**Santa Ana, CA 92701-4516** |
| Defendants. | |
| AND RELATED CROSS-CLAIMS/COUNTERCLAIMS. | |

**NOTICE OF PARTIAL SATISFACTION OF JUDGMENT**

1

...

**WHEREAS** on November 11, 2017 judgment was entered in the above-entitled action in favor of Bruce Cahill as Judgment Creditor and against Paul Edalat as Judgment Debtor in the amount of $700,000;

**WHEREAS** on April 9, 2018 a Writ of Execution was issued by the above-referenced court in favor of Judgment Creditor in the amount of $456,012, reflecting the original Judgment of $700,000, a credit in favor of the Judgment Debtor in the amount of $250,000, and accrued interest of $6,012, with further interest accruing at a rate of 2.09%;

**WHEREAS** on September 18, 2019 Judgment Creditor Cahill acknowledged a partial satisfaction of this Judgment in the amount of $28,477.31, reflecting credit to Judgment Debtor Paul Pejman Edalat arising under two Orders in favor of Edalat against Judgment Creditor Cahill, the first Order in the sum of $18,565 and having accrued interest thereupon in the amount of $315 since, and a second Order in favor of Judgment Debtor Edalat and against Judgment Creditor Cahill in the sum of $9,912.31 and having accrued interest thereupon in the amount of $156.36 since;

**NOW THEREFOR THE** remaining amount due pursuant to the Judgment entered in this matter is as of this date is as follows:

```
Principal amount as of April 19, 2018:              $450,000.00
Interest accrued between April 9, 2018 and
     September 18, 2019 at 2.09% equaling
     $25.77 per day for 524 days:                    $13,503.48
Less credit set forth above:                        - $28,477.31
New Principal Amount as of Sept. 18, 2019:          $435,026.17
Plus interest since September 18, 2019 at
     2.09% equaling $24.14 per day for
     82 days [principal $421,522.69]:                 $1,979.48
Net Remaining Judgment:                             $437,005.65
```

///

///

NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

2

**WHEREAS** on November 11, 2017 judgment was entered in the above-entitled action in favor of Bruce Cahill as Judgment Creditor and against Paul Edalat as Judgment Debtor in the amount of $700,000;

**WHEREAS** on April 9, 2018 a Writ of Execution was issued by the above-referenced court in favor of Judgment Creditor in the amount of $456,012, reflecting the original Judgment of $700,000, a credit in favor of the Judgment Debtor in the amount of $250,000, and accrued interest of $6,012, with further interest accruing at a rate of 2.09%;

**WHEREAS** on September 18, 2019 Judgment Creditor Cahill acknowledged a partial satisfaction of this Judgment in the amount of $28,477.31, reflecting credit to Judgment Debtor Paul Pejman Edalat arising under two Orders in favor of Edalat against Judgment Creditor Cahill, the first Order in the sum of $18,565 and having accrued interest thereupon in the amount of $315 since, and a second Order in favor of Judgment Debtor Edalat and against Judgment Creditor Cahill in the sum of $9,912.31 and having accrued interest thereupon in the amount of $156.36 since;

**NOW THEREFOR THE** remaining amount due pursuant to the Judgment entered in this matter is as of this date is as follows:

```
Principal amount as of April 19, 2018:              $450,000.00
Interest accrued between April 9, 2018 and
     September 18, 2019 at 2.09% equaling
     $25.77 per day for 524 days:                    $13,503.48
Less credit set forth above:                        - $28,477.31
New Principal Amount as of Sept. 18, 2019:          $435,026.17
Plus interest since September 18, 2019 at
     2.09% equaling $24.14 per day for
     82 days [principal $421,522.69]:                 $1,979.48
Net Remaining Judgment:                             $437,005.65
```

///

///

1 | Said lien continues to bear simple interest at the rate 2.09% per annum on
2 | $421,522.69, equating to $24.14 per day

3 | Dated: December 9, 2019
4 |   Respectfully submitted,
    MARKHAM & READ
    */s/ John J. E. Markham, II*
5 | John J. E. Markham, II (SBN 69623)
6 | One Commercial Wharf West
    Boston, MA 02110
7 | Tel: 617-523-6329
8 | Fax: 617-742-8604
    Email: jmarkham@markhamread.com
9 | *Attorneys for Plaintiff*

**NOTICE OF PARTIAL SATISFACTION OF JUDGMENT**

3

# CERTIFICATE OF SERVICE

State of California, County of Orange

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action. My business address is One Commercial Wharf West, Boston, Massachusetts 02110.

On December 9, 2019, I served the foregoing document described as:

**NOTICE OF PARTIAL SATISFACTION OF JUDGMENT**

[X] **BY ELECTRONIC MAIL via the ECF filing system on**:

Saied Kashani, Esquire
800 West First Street, Suite 400
Los Angeles, California 90012
Tel. (213) 625 4320
saiedkashani@gmail.com

*Attorneys for Defendants Paul Pejman Edalat, Olivia Karpinski, Farah Barghi, Blue Torch Ventures, Inc., LIWA, N.A., Inc., Sentar Pharmaceuticals, Inc. and EFT Global Holdings, Inc.*

Executed on December 9, 2019 in Boston, Massachusetts.

    I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

                                          */s/ John J. E. Markham, II*
                                          John J. E. Markham, II