| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 3 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| BRUCE CAHILL; et al., | Nos. 17-56826, 18-55171 |
| Plaintiffs-Appellees, | D.C. No. 8:16-cv-00686-AG-DFM<br>Central District of California,<br>Santa Ana |
| v. | |
| PAUL PEJMAN EDALAT and OLIVIA KARPINSKI, | ORDER |
| Defendants-Appellants, | |
| v. | |
| LIFE TECH GLOBAL LLC, | |
| Cross-defendant-Appellee. | |
| BRUCE CAHILL and PHARMA PAK, INC., a California corporation, | No. 17-56894 |
| Plaintiffs-Appellants, | D.C. No. 8:16-cv-00686-AG-DFM |
| v. | |
| PAUL PEJMAN EDALAT and OLIVIA KARPINSKI, | |
| Defendants-Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner

     Paul Pejman Edalat and Olivia Karpinski's late opposed motion (Docket Entry No. 49) for a fourth extension of time in which to file the third brief on

tah/6.1.20/Pro Mo

cross-appeal is granted.

Paul Pejman Edalat and Olivia Karpinski's third brief on cross-appeal is due July 20, 2020.  No further extensions of time to file the third brief on cross-appeal will be granted absent extraordinary circumstances.  Bruce Cahill and Pharma Pak, Inc.'s optional cross-appeal reply brief is due within 21 days after service of the third cross-appeal brief.