UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE CAHILL; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> PAUL PEJMAN EDALAT; OLIVIA KARPINSKI, <br><br> Defendants - Appellants, <br><br> v. <br><br> LIFE TECH GLOBAL LLC, <br><br> Cross-defendant - Appellee. | No. 17-56826 <br><br> D.C. No. 8:16-cv-00686-AG-DFM <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |
| BRUCE CAHILL and PHARMA PAK, INC., a California corporation, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> PAUL PEJMAN EDALAT and OLIVIA KARPINSKI, <br><br> Defendants - Appellees. | No. 17-56894 <br><br> D.C. No. 8:16-cv-00686-AG-DFM <br> U.S. District Court for Central California, Santa Ana |

| | |
|---|---|
| BRUCE CAHILL; et al., | No. 18-55171 |
| Plaintiffs - Appellees, | D.C. No. 8:16-cv-00686-AG-DFM |
| v. | U.S. District Court for Central California, Santa Ana |
| OLIVIA KARPINSKI, | |
| Defendant - Appellant, | |
| and | |
| PAUL PEJMAN EDALAT, | |
| Defendant. | |

The judgment of this Court, entered July 08, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7